Charles M. Lizza
William C. Baton
Sarah A. Sullivan
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102
(973) 286-6700

*Attorneys for Plaintiffs*
*Sumitomo Dainippon Pharma Co., Ltd. and*
*Sunovion Pharmaceuticals Inc.*

*Of Counsel:*

Joseph M. O'Malley, Jr.
Preston K. Ratliff II
Bruce M. Wexler
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUMITOMO DAINIPPON PHARMA CO., LTD. and SUNOVION PHARMACEUTICALS INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS LLC, <br><br> Defendant. | Civil Action No. _____ <br><br> **COMPLAINT FOR PATENT INFRINGEMENT** <br><br> **(Filed Electronically)** |

Plaintiffs Sumitomo Dainippon Pharma Co., Ltd. and Sunovion Pharmaceuticals Inc. (collectively, "Sunovion"), for their Complaint against Defendant Amneal Pharmaceuticals LLC ("Amneal"), hereby allege as follows:

## THE PARTIES

1.      Plaintiff Sumitomo Dainippon Pharma Co., Ltd. is a Japanese corporation, having its primary place of business at 6-8, Doshomachi 2-chome, Chuo-ku, Osaka, Osaka 541-0045, Japan.

2.      Plaintiff Sunovion Pharmaceuticals Inc. is a corporation having its principal place of business at 84 Waterford Drive, Marlborough, Massachusetts 01752.

3.      Upon information and belief, Defendant Amneal is a limited liability company organized and existing under the laws of the State of Delaware, having its principal place of business at 400 Crossing Boulevard, Third Floor, Bridgewater, New Jersey 08807.

4.      Upon information and belief, Amneal is registered with the State of New Jersey's Division of Revenue and Enterprise Services as a business operating in New Jersey under Business ID No. 0600211542.

5.      Upon information and belief, Amneal is registered with the State of New Jersey's Department of Health as a drug manufacturer and wholesaler under Registration No. 5002991.

6.      Upon information and belief, Amneal has appointed the Corporation Trust Company, 820 Bear Tavern Road, West Trenton, New Jersey 08628, as its registered agent for service of process in New Jersey.

7.      Upon information and belief, Amneal has at least five places of business in New Jersey, including, but not limited to, the following business addresses: (1) U.S. Corporate

Headquarters, 400 Crossing Boulevard, Third Floor, Bridgewater, New Jersey 08807;

(2) Liquids Manufacturing, 131 Chambersbrook Road, Branchburg, New Jersey 08876;

(3) Primary Packaging Facility, 1 Murray Road, East Hanover, New Jersey 07936; (4) Oral

Solids Manufacturing, 209 McLean Boulevard, Paterson, New Jersey 07504; and

(5) Transdermal, Topicals & Complex Oral Solids Manufacturing and R&D, 1 New England

Avenue, Piscataway, New Jersey 08854.

   8.  Upon information and belief, Amneal develops, manufactures, and/or

imports generic pharmaceutical versions of branded products for sale and use throughout the

United States, including in this Judicial District.  Upon information and belief, Amneal markets,

distributes, and/or sells generic pharmaceutical versions of branded products throughout the

United States, including in the State of New Jersey.

<u>**JURISDICTION AND VENUE**</u>

   9.  This is a civil action for infringement of United States Patent

No. 5,532,372 ("the '372 patent").  This action arises under the Patent Laws of the United States,

35 U.S.C. § 100 *et seq.*

   10.  This Court has jurisdiction over the subject matter of this action pursuant

to 28 U.S.C. §§ 1331 and 1338(a).

   11.  Venue is proper in this Court under 28 U.S.C. §§ 1391(b)-(d) and 1400(b).

   12.  This Court has personal jurisdiction over Amneal because, *inter alia*,

(1) Amneal has its principal place of business in the State of New Jersey; (2) Amneal has at least

five places of business in the State of New Jersey; (3) Amneal develops, manufactures, and/or

imports generic pharmaceutical versions of branded products for sale and use throughout the

United States, including in the State of New Jersey; and (4) Amneal has affiliations with the

- 3 -

State of New Jersey that are pervasive, continuous, and systematic, including the direct marketing, distribution, or sale of generic pharmaceutical drugs within the State of New Jersey and to residents of the State of New Jersey.

13.   This Court also has personal jurisdiction over Amneal because, *inter alia*, Amneal has committed, or aided, abetted, contributed to, or participated in the commission of, tortious acts of patent infringement, including acts in the State of New Jersey, that have led to foreseeable harm and injury to Sunovion in the State of New Jersey.  Amneal sent Sunovion four letters ("Notice Letters"), including a Notice Letter dated June 15, 2016.

14.   Amneal's Notice Letter dated June 15, 2016 states that Amneal filed Abbreviated New Drug Application ("ANDA") No. 208002 seeking approval from the United States Food and Drug Administration ("FDA") to commercially manufacture, use, market, or sell generic lurasidone hydrochloride tablets 20 mg, 40 mg, 60 mg, 80 mg, and 120 mg in the United States (including, upon information and belief, in the State of New Jersey), prior to the expiration of the '372 patent.

15.   This Court also has personal jurisdiction over Amneal because, *inter alia*, Amneal has availed itself of the legal protections of the State of New Jersey and consented to personal jurisdiction in this Judicial District.  *See*, *e.g.*, *Symed Labs Limited, et al. v. Amneal Pharmaceuticals LLC*, Civil Action No. 15-8307 (CCC)(MF) (D.N.J. Nov. 15, 2015); *BTG International Limited, et al. v. Amneal Pharmaceuticals LLC, et al.*, Civil Action No. 15-5909 (KM)(JBC) (D.N.J. Jul. 31, 2015); *Warner Chilcott Company, LLC v. Amneal Pharmaceuticals LLC*, Civil Action No. 15-3590 (MLC)(DEA) (D.N.J. May 28, 2015); *Shire Development LLC, et al. v. Amneal Pharmaceuticals LLC, et al.*, Civil Action No. 15-2865 (RBK)(JS) (D.N.J. Apr.

22, 2015); *Otsuka Pharmaceutical Co., Ltd. v. Amneal Pharmaceuticals LLC, et al.*, Civil Action

No. 15-1585 (JBS)(KMW) (D.N.J. Mar. 2, 2015).

## THE PATENT-IN-SUIT

16.     Plaintiff Sunovion Pharmaceuticals Inc. holds approved New Drug

Application ("NDA") No. 200603, under which the FDA granted approval for 20 mg, 40 mg,

60 mg, 80 mg, and 120 mg lurasidone HCl tablets marketed in the United States under the trade

name LATUDA®.

17.     The LATUDA® (lurasidone HCl) tablets approved in NDA No. 200603

are indicated for the treatment of (1) schizophrenia; and (2) depressive episodes associated with

Bipolar I Disorder (bipolar depression) as monotherapy and as adjunctive therapy with lithium or

valproate.

18.     Plaintiff Sumitomo Dainippon Pharma Co., Ltd. owns the '372 patent

titled "Imide derivatives, and their production and use."  The '372 patent was duly and legally

issued on July 2, 1996.  A copy of the '372 patent is attached as Exhibit A.

19.     The '372 patent is listed in the FDA publication entitled *Approved Drug*

*Products with Therapeutic Equivalence Evaluations* ("the Orange Book") for LATUDA®.

## AMNEAL'S ANDA AND NOTICE LETTER

20.     Upon information and belief, Amneal submitted ANDA No. 208002

("Amneal's ANDA") to the FDA, seeking approval to engage in the commercial manufacture,

use, sale, or offer for sale within the United States, or importation into the United States, of

generic lurasidone hydrochloride tablets 20 mg, 40 mg, 60 mg, 80 mg, and 120 mg (collectively,

"ANDA Products") prior to the expiration of the '372 patent.

21. Upon information and belief, ANDA No. 208002 was submitted to the FDA on or about October 28, 2014.

22. Upon information and belief, prior to December 16, 2014, Amneal was aware of the '372 patent.

23. Upon information and belief, prior to June 15, 2016, Amneal had submitted to the FDA a certification under § 505(j)(2)(A)(vii)(III) of the Federal Food, Drug and Cosmetic Act (21 U.S.C. § 355) ("Paragraph III Certification") with respect to the '372 patent in ANDA No. 208002.

24. Amneal has now, upon information and belief, submitted a certification under § 505(j)(2)(A)(vii)(IV) of the Federal Food, Drug and Cosmetic Act (21 U.S.C. § 355) ("Paragraph IV Certification") with respect to the '372 patent in ANDA No. 208002.

25. Upon information and belief, on or about June 15, 2016, Amneal sent a Notice Letter to Sunovion.  In the Notice Letter dated June 15, 2016, Amneal represented that ANDA No. 208002 contained a Paragraph IV Certification with respect to the '372 patent, and that Amneal sought approval of ANDA No. 208002 prior to the expiration of the '372 patent. On or about June 16, 2016, Sunovion first received Amneal's Notice Letter dated June 15, 2016.

26. Amneal does not allege that Claim 14 of the '372 patent is invalid, as reflected in its Notice Letter dated June 15, 2016.

27. Amneal does not allege that the '372 patent is unenforceable, as reflected in its Notice Letter dated June 15, 2016.

28. Sunovion commenced this action within 45 days of the date of receipt of Amneal's Notice Letter dated June 15, 2016.

## <u>AMNEAL'S INFRINGEMENT OF THE '372 PATENT</u>

29.     Sunovion repeats and re-alleges paragraphs 1-28 as if fully set forth herein.

30.     By seeking approval of its ANDA No. 208002 to engage in the commercial manufacture, use, sale, or offer for sale within the United States, or importation into the United States, of the ANDA Products prior to the expiration of the '372 patent, Amneal has infringed that patent under 35 U.S.C. § 271(e)(2)(A).

31.     If Amneal manufactures, uses, offers to sell, or sells within the United States, or imports into the United States, the ANDA Products prior to the expiration of the '372 patent, Amneal will infringe one or more claims of this patent under 35 U.S.C. § 271(a), (b), or (c).

32.     Sunovion is entitled to relief provided by 35 U.S.C. § 271(e)(4), including an order of this Court that the effective date of the approval of Amneal's ANDA be a date that is not earlier than the expiration date of the '372 patent, or any later expiration of any patent term extension or exclusivity for the '372 patent to which Sunovion is or becomes entitled.

33.     Sunovion is entitled to a declaration that, if Amneal commercially manufactures, uses, offers for sale, or sells the ANDA Products within the United States, imports the ANDA Products into the United States, or induces or contributes to such conduct, Amneal will infringe the '372 patent under 35 U.S.C. § 271(a), (b), or (c).

34.     Sunovion will be irreparably harmed by Amneal's infringing activities unless those activities are enjoined by this Court.  Sunovion does not have an adequate remedy at law.

## PRAYER FOR RELIEF

Sunovion requests that the Court grant the following relief:

A.     An Order adjudging and decreeing that Amneal has infringed the '372 patent by submitting ANDA No. 208002 to the FDA;

B.     A permanent injunction pursuant to 35 U.S.C. § 271(e)(4)(B) or 35 U.S.C. § 283 restraining and enjoining Amneal, its directors, officers, agents, attorneys, affiliates, divisions, successors, and employees, and those acting in concert with them, from infringing the '372 patent by the commercial manufacture, use, offer to sell, or sale within the United States, or importation into the United States, of any drug product claimed in the '372 patent;

C.     An Order pursuant to 35 U.S.C. § 271(e)(4)(A) decreeing that the effective date of any approval of Amneal's ANDA be a date that is not earlier than the expiration date of the '372 patent, or any later expiration of any patent term extension or exclusivity for the '372 patent to which Sunovion is or becomes entitled;

D.     To the extent Amneal commercially manufactures, uses, offers for sale, or sells within the United States, or imports into the United States any product that infringes or induces or contributes to the infringement of the '372 patent within the United States prior to the expiration of the '372 patent, including any later expiration of any patent term extension or exclusivity for the patent to which Sunovion is or becomes entitled, an award of damages, including, but not limited to, an award of monetary relief to Sunovion with prejudgment interest;

E.     An Order be entered that this case is exceptional, and that Sunovion is entitled to reasonable attorneys' fees pursuant to 35 U.S.C. § 285; and

F.     Such other and further relief as the Court may deem just and proper.

Dated: July 28, 2016                     Respectfully submitted,

                                         By:    s/  Charles M. Lizza
                                                Charles M. Lizza
                                                William C. Baton
                                                Sarah A. Sullivan
                                                SAUL EWING LLP
                                                One Riverfront Plaza, Suite 1520
                                                Newark, NJ 07102
                                                (973) 286-6700

                                                *Of Counsel:*

                                                Joseph M. O'Malley, Jr.
                                                Preston K. Ratliff II
                                                Bruce M. Wexler
                                                PAUL HASTINGS LLP
                                                200 Park Avenue
                                                New York, NY 10166
                                                (212) 318-6000

                                                *Attorneys for Plaintiffs*
                                                *Sumitomo Dainippon Pharma Co., Ltd. and*
                                                *Sunovion Pharmaceuticals Inc.*

## CERTIFICATION PURSUANT TO LOCAL CIVIL RULES 11.2 & 40.1

I hereby certify that the matters captioned *Sumitomo Dainippon Pharma Co., Ltd., et al. v. Emcure Pharmaceuticals Limited, et al.*, Civil Action No. 15-280 (SRC)(CLW), *Sumitomo Dainippon Pharma Co., Ltd., et al. v. InvaGen Pharmaceuticals, Inc.*, Civil Action No. 15-281 (SRC)(CLW), and *Sumitomo Dainippon Pharma Co., Ltd., et al. v. Teva Pharmaceutical Industries, Ltd., et al.*, Civil Action No. 15-6401 (SRC)(CLW), which have been consolidated for discovery purposes, are related to the matter in controversy because the matter in controversy involves the same patent and defendants who filed Abbreviated New Drug Applications seeking to market generic versions of the same drug product.

I further certify that, to the best of my knowledge, the matter in controversy is not the subject of any other action pending in any court or of any pending arbitration or administrative proceeding.

Dated: July 28, 2016      Respectfully submitted,

         By: s/  Charles M. Lizza
           Charles M. Lizza
           William C. Baton
           Sarah A. Sullivan
           SAUL EWING LLP
           One Riverfront Plaza, Suite 1520
           Newark, NJ 07102
           (973) 286-6700

           *Of Counsel:*

           Joseph M. O'Malley, Jr.
           Preston K. Ratliff II
           Bruce M. Wexler
           PAUL HASTINGS LLP
           200 Park Avenue
           New York, NY 10166
           (212) 318-6000

           *Attorneys for Plaintiffs*
           *Sumitomo Dainippon Pharma Co., Ltd. and*
           *Sunovion Pharmaceuticals Inc.*

# EXHIBIT A

US005532372A

# United States Patent [19]

## Saji et al.

[11] **Patent Number:** 5,532,372

[45] **Date of Patent:** Jul. 2, 1996

[54] **IMIDE DERIVATIVES, AND THEIR PRODUCTION AND USE**

[75] Inventors: **Ikutaro Saji; Masayuki Muto; Norihiko Tanno; Mayumi Yoshigi**, all of Osaka, Japan

[73] Assignee: **Sumitomo Pharmaceuticals Company, Ltd.**, Osaka, Japan

[21] Appl. No.: **113,320**

[22] Filed: **Aug. 30, 1993**

**Related U.S. Application Data**

[63] Continuation of Ser. No. 726,172, Jul. 5, 1991, abandoned.

[30] **Foreign Application Priority Data**

Jul. 6, 1990 [JP] Japan .................................... 2-180271

[51] Int. Cl.$^6$ ...................... **C07D 417/14**; A61K 31/495

[52] **U.S. Cl.** ............................. **544/368**; 546/17; 546/16; 546/199; 546/200; 546/198; 546/201; 546/225; 546/243; 544/230; 544/231; 514/255; 514/321

[58] **Field of Search** .............................................. 544/368

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,411,901 | 10/1983 | Temple, Jr. et al. | 544/368 |
| 4,590,196 | 5/1986 | Smith et al. | 544/368 |
| 4,656,173 | 4/1987 | Yevich et al. | 514/253 |
| 4,745,117 | 5/1988 | Ishizumi et al. | 544/368 |
| 4,812,461 | 3/1989 | Antoku et al. | 546/198 |
| 4,843,078 | 6/1989 | Ishizumi et al. | 544/295 |
| 4,937,249 | 6/1990 | Antoku et al. | 546/187 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0009465 | 4/1980 | European Pat. Off. | 544/291 |
| 0080104 | 6/1983 | European Pat. Off. | 546/198 |
| 0109562 | 6/1983 | European Pat. Off. | 546/198 |
| 0082402 | 4/1986 | European Pat. Off. | 544/373 |
| 0196096 | 10/1986 | European Pat. Off. | 544/362 |
| 0261688 | 3/1988 | European Pat. Off. | 546/198 |
| 0314098 | 5/1989 | European Pat. Off. | 546/198 |
| 3422411 | 1/1985 | Germany | 546/16 |
| 1570374 | 7/1980 | United Kingdom | 546/199 |

OTHER PUBLICATIONS

Seeman "Dopamine Receptors and the Dopamamine hypothesis of Schizophrenia" (Synapse) vol. 1, pp. 133–152 (1987).
Seeman "Brain Dopamine Receptors" (Pharmacological Reviews) vol. 32, No. 3, pp. 230–231 (1981).
Ban "Psycopharacologlogly for the Agerl" pp. 42–73 (Karger) (1980).

Dunner et al. "Psychopharmacology: The Third Generation of Progress" (Raven) (1987) pp. 1097–1083.
Chemical Abstracts 78:58177q (1973).
The Merck Index, 11, 229 (1989) No. 1493.
The Merck Index, 11, 689 (1989) No. 4297.
Chou "Drug Treatment of Acute Mania" (Drugs of Today) vol 28, No. 2 pp.119–130 (1992).
Barnett "Pharmacological Evaluation of Antianxiety Agents in Laboratory Animals" (Antianxiety Agents) pp. 28–79 (witey) (1986).
Vogel et al. "A Simple and Reliable Conflict Procedere for testing Anti–Anxiety Agents" (Psychopharmacologia) (Berlin) vol 21, pp. 1–7 (1971).

*Primary Examiner*—Robert T. Bond
*Attorney, Agent, or Firm*—Birch, Stewart, Kolasch & Birch

[57] **ABSTRACT**

An imide compound of the formula:

$$Z-D-N \overset{\diagup\diagdown}{\underset{\diagdown\diagup}{}} G-Ar \qquad (I)$$

wherein

Z is a group of the formula:



in which the substituents are defined herein, and n is an integer of 0 to 1;

D is a group of the formula:

$$-(CH_2)_p-A-(CH_2)_q-$$

in which A is a non-aromatic hydrocarbon ring optionally bridged with a lower alkylene group or an oxygen atom, said non-aromatic hydrocarbon ring and said lower alkylene group being each optionally substituted with at least one lower alkyl, and p and q are each an integer of 0, 1 or 2; and

Ar is an aromatic group, a heterocyclic aromatic group, a benzoyl group, a phenoxy group or a phenylthio group and G is >N—, >CH— or >COH— or Ar is a biphenylmethylidene group and G is >C=, all of the above groups being each optionally substituted with at least one of lower alkyl, lower alkoxy and halogen; and its acid addition salts, useful as an antipsycotic agent.

**20 Claims, No Drawings**

5,532,372

**1**

## IMIDE DERIVATIVES, AND THEIR PRODUCTION AND USE

This application is a continuation, of application Ser. No. 07/726,172 filed on Jul. 5, 1991, now abandoned.

The present invention relates to imide derivatives, and their production and use. More particularly, it relates to novel imide compounds and their acid addition salts, and their production processes and their use as anti-psycotic agents (neuroleptic agents, anti-anxiety agents), especially for therapy of schizophrenia, senile insanity, manic-depressive psychosis, neurosis, etc.

There are known some imide compounds having an anti-psycotic activity, of which typical examples are as follows:

**2**

Conventional antipsychotic agents are generally accompanied by a central or peripheral system side effect such as extrapyramidal motor disturbance (e.g. Parkinsonism) and depression of blood pressure (e.g. orthostatic hypotension) and produce a great problem on clinic (e.g. L. S. Goodman et al.: The Pharmacological Basis of Therapeutics, New York, p. 387 (1985); Gendai Iryo (Modern Medical Therapy), 22, p. 22 (1990)).

The problem underlying the present invention is to provide an excellent psychotic agent suppressed in the above side effect as generally observed on the conventional antipsychotic agents. An extensive study has been made. As the result, it has been found that imide compounds wherein the imide portion and the piperazine or piperidine ring are bonded with intervention of an alkylene chain comprising a

| Structure | Remarks |
|---|---|
|  | Tiaspirone; JP-A-61-251683, JP-A-58-110576 |
|  | Buspirone; The Merck Index, 11, 229 (1989) |
|  | Gepirone The Merck Index, 11, 689 (1989) |
|  | JP-B-01-28756 |
|  | US-A-4,745,117 |
|  | JP-A-01-199967 |

These conventional imide compounds are characteristic in that the imide portion and the piperazine or piperidine ring are bonded together with intervention of a straight alkylene chain.

non-aromatic hydrocarbon ring therein show the desired pharmacological action. Any imide compound wherein the alkylene chain present between the imide portion and the piperazine or piperidine ring comprises a non-aromatic

3

hydrocarbon ring has never been known. The present invention is based on the above findings.

Accordingly, an object of the present invention is to provide an imide compound of the formula:



wherein

Z is a group of the formula:



in which B is a carbonyl group or a sulfonyl group $R^1$, $R^2$, $R^3$ and $R^4$ are each a hydrogen atom or a lower alkyl group, or $R^1$ and $R^2$ or $R^1$ and $R^3$ may be combined together to make a non-aromatic hydrocarbon ring or $R^1$ and $R^3$ may be combined together to make an aromatic ring, said non-aromatic hydrocarbon ring being optionally bridged with a lower alkylene group or an oxygen atom therein and said aromatic hydrocarbon ring, said non-aromatic hydrocarbon ring and said lower alkylene group being each optionally substituted with at least one lower alkyl, and n is an integer of 0 or 1;

D is a group of the formula:

$$-(CH_2)_p-A-(CH_2)_q-$$

in which A is a non-aromatic hydrocarbon ring optionally bridged with a lower alkylene group or an oxygen atom, said non-aromatic hydrocarbon ring and said lower alkylene group being each optionally substituted with at least one lower alkyl, and p and q are each an integer of 0, 1 or 2; and

Ar is an aromatic group, a heterocyclic aromatic group, a benzoyl group, a phenoxy group or a phenylthio group and G is >N—, >CH— or >COH— or Ar is a biphenylmethylidene group and G is >C═, all of the above groups being each optionally substituted with at least one of lower alkyl, lower alkoxy and halogen; and its acid addition salts.

In the above significances, the term "lower" is intended to mean generally a group having not more than 8 carbon atoms, particularly not more than 5 carbon atoms, unless otherwise specified. The term "lower alkyl" includes an alkyl group preferably having not more than 4 carbon atoms (e.g. methyl, ethyl, propyl, 2-propyl, butyl). The term "lower alkoxy" covers an alkoxy group preferably having not more than 4 carbon atoms (e.g. methoxy, ethoxy, propoxy, 2-propoxy, butoxy). The term "lower alkylene" covers an alkylene group preferably having not more than 3 carbon atoms (e.g. methylene, ethylene, trimethylene). The term "halogen" includes chlorine, bromine, iodine and fluorine.

The non-aromatic hydrocarbon ring includes particularly the one having not more than 7 carbon atoms such as a cycloalkane ring having not more than 7 carbon atoms or a cycloalkene ring having not more than 7 carbon atoms. Examples of the cycloalkane ring include cyclopropane, cyclobutane, cyclopentane, cyclohexane and cycloheptane. Examples of the cycloalkene ring are cyclopentene, cyclohexene, cycloheptene, etc.

The non-aromatic hydrocarbon ring bridged with a lower alkylene group or an oxygen atom may be, for instance, the one having not more than 10 ring carbon atoms and includes

4

specifically bicyclo[1.1.1]pentane, bicyclo[-2.1.1]hexane, bicyclo[2.1.1]hex-2-ene, bicyclo[2.2.1]heptane, bicyclo [2.2.1]hept-2-ene, bicyclo[2.2.2]octane, bicyclo[2.2.2]oct-2-ene, bicyclo[4.1.1]octane, bicyclo[-4.1.1]oct-2-ene, bicyclo[4.1.1]oct-3-ene, bicyclo[3.2.1]octane, bicyclo [3.2.1]oct-2-ene, bicyclo[3.2.1]oct-3-ene, bicyclo[3.2.1]oct-6-ene, bicyclo[3.2.2]nonane, bicyclo[3.2.2]non-2-ene, bicyclo[3.2.2]non-3-ene, bicyclo[3.2.2]-non-6-ene, 2-oxabicyclo[1.1.1]butane, 2-oxabicyclo[2.1.1]pentane, 2-oxabicyclo[2.1.1]pent-4-ene, 7-oxabicyclo[2.2.1]hexane, 7-oxabicyclo[2.2.1]hex-2-ene, 7-oxabicyclo[4.1.1]heptane, 7-oxabicyclo[4.1.1]hept-2-ene, 7-oxabicyclo[4.1.1]-hept-3-ene, 8-oxabicyclo[3.2.1]heptane, 8-oxabicyclo[3.2.1]-hept-2-ene, 8-oxabicyclo[3.2.1]hept-3-ene, 8-oxabicyclo[3.2.1] hept-6-ene, etc.

The aromatic ring may be, for instance, any one having not more than 10 carbon atoms, of which specific examples are benzene and naphthalene.

The non-aromatic hydrocarbon ring represented by its both sides, i.e. —$(CH_2)_p$— and —$(CH_2)_q$—, at the 1- and 1-positions, the 1- and 2-positions, the 1- and 3-positions, the 1- and 4-positions or the like.

The aromatic group represented by the symbol Ar may be monocyclic, bicyclic or the like and have usually not more than 10 carbon atoms, and its specific examples are phenyl, naphthyl, etc. The heterocyclic aromatic group represented by the symbol Ar may be also monocyclic, bicyclic or the like. The monocyclic heterocyclic aromatic group may be the one, for instance, having not more than 6 carbon atoms and not more than 4 hetero atoms chosen from nitrogen, oxygen and sulfur, and its specific examples are pyridyl, pyrimidinyl, thiazolyl, oxazolyl, isoxazolyl, isothiazolyl, furyl, imidazolyl, etc. The bicyclic heterocyclic aromatic group may be the one, for instance, having not more than 10 carbon atoms and not more than 5 hetero atoms chosen from nitrogen, oxygen and sulfur, and its specific examples are a benzologous condensed ring group (e.g. benzisothiazolyl, benzisoxazolyl, benzofuryl, quinolyl, isoquinolyl, indolyl, indazolyl, benzimidazolyl, benzoxazolyl), naphthhyridinyl, pteridinyl, thienofuryl, imidazothiophenyl, imidazofuryl, etc.

The present invention covers the acid addition salt formed between the imide compound (I) and an organic or inorganic acid. Examples of the inorganic acid are hydrochloric acid, hydrobromic acid, hydroiodic acid, sulfuric acid, etc., and examples of the organic acid are acetic acid, oxalic acid, citric acid, malic acid, tartaric acid, maleic acid, fumaric acid, etc.

The imide compound (I) can have stereo and optical isomers, and this invention involves these isomers or their mixtures as well.

Among various groups represented by the symbol Ar, preferred are a bicyclic heterocyclic aromatic group, a naphthyl group, a benzoyl group, a phenoxy group, a phenylthio group, a biphenylmethylidene group, etc., these groups being optionally substituted with at least one of lower alkyl, lower alkoxy and halogen. More preferred are a benzologous condensed ring group, a naphthyl group, a benzoyl group, a phenoxy group, a phenylthio group, etc., these groups being optionally substituted with at least one of lower alkyl, lower alkoxy and halogen. The most preferred are benzisothiazolyl, benzisoxazolyl, indazolyl, indolyl, benzoyl, phenoxy, phenylthio, etc., which are optionally substituted with at least one of lower alkyl, lower alkoxy and halogen.

5,532,372

**5**

Preferred examples of the group represented by the symbol Z are those of the following formulas:



(Z-1)

wherein L is —CH$_2$—CH$_2$— or —CH=CH—, E is a lower alkylene group optionally substituted with lower alkyl or an oxygen atom, R$^5$ is a hydrogen atom or a lower alkyl group and B is a carbonyl group or a sulfonyl group,



(Z-2)

wherein L, E, R$^5$ and B are each as defined above,



(Z-3)

wherein R$^6$, R$^7$, R$^8$, R$^9$, R$^{10}$, R$^{11}$, R$^{12}$, R$^{13}$, R$^{14}$ and R$^{15}$ are each a hydrogen atom or a lower alkyl group, or two of those present at the neighbouring positions each other may be combined together to make a bond (i.e. forming a double bond between said two positions) and B is as defined above;



(Z-4)

wherein R$^{16}$ and R$^{17}$ are each a hydrogen atom or a lower alkyl group, or they may be taken together to make a saturated hydrocarbon ring, preferably a cycloalkane ring having not more than 7 carbon atoms (e.g. cyclopropane, cyclobutane, cyclopentane, cyclohexane, cycloheptane) and R$^4$ and B are each as defined above, and



(Z-5)

wherein B is as defined above.

More preferred examples of the group represented by the symbol Z are those of the following formulas:



(Z-1')

wherein L' is —CH$_2$—CH$_2$— and E, R$^5$ and B are each as defined above,

**6**



(Z-2')

wherein L', E, R$^5$ and B are each as defined above,



(Z-3')

wherein R$^{6'}$, R$^{7'}$, R$^{8'}$, R$^{9'}$, R$^{10'}$, R$^{11'}$, R$^{12'}$, R$^{13'}$, R$^{14'}$ and R$^{15'}$ are each a hydrogen atom or a lower alkyl and B is a defined above;



(Z-4')

wherein R$^4$, R$^{16}$, R$^{17}$ and B are each as defined above, and



(Z-5')

wherein B is as defined above.

The imide compounds (I) of the invention are obtainable by various procedures, of which typical examples are as shown below.

Procedure (a):—

The imide compound (I) is obtainable according to the following scheme:



$$R^{18}-\overset{O}{\overset{\|}{C}}-(CH_2)_l-A-(CH_2)_m-\overset{O}{\overset{\|}{C}}-R^{19} \longrightarrow$$

(II)

$$HOCH_2-(CH_2)_l-A-(CH_2)_m-CH_2OH \longrightarrow$$

(III)



$$XCH_2-(CH_2)_l-A-(CH_2)_m-CH_2X \xrightarrow{\quad (V) \quad}$$

(IV)



(VI)

5,532,372

**7**

-continued

$$Z-CH_2-(CH_2)_1-A-(CH_2)_m-CH_2-N \quad G-Ar$$

(I-a)

wherein A, G, Ar and Z are each as defined above and $R^{18}$ and $R^{19}$ are each a hydroxy group or a lower alkoxy group, or they may be taken together to represent an oxygen atom, X is a leaving group such as halogen, lower alkylsulfonyloxy (e.g. methanesulfonyloxy), arylsulfonyloxy (e.g. p-toluene-sulfonyloxy, benzenesulfonyloxy) and 1 and m are each an integer of 0 or 1.

Namely, the compound (II) is reduced to give the compound (III). The reduction may be carried out by treatment with a reducing agent (e.g. LiAlH$_4$, H$_4$, NaBH$_4$, Ca(BH$_4$)$_2$, LiAlH$_2$(OCH$_2$CH$_2$OCH$_3$)$_2$) in an inert solvent at a temperature of 0° C. to the reflux temperature of the reaction mixture to give the compound (III). The reducing agent is usually employed in an amount of about 1 to 10 mol to one mol of the compound (II). As the inert solvent, there may be used an ethereal solvent such as diethyl ether or tetrahydrofuran.

The hydroxy groups in the compound (III) are then converted respectively into leaving groups to give the compound (IV). When the leaving group is a halogen atom (e.g. chlorine, bromine), the conversion may be carried out by reacting the compound (III) with thionyl halide (e.g. thionyl chloride, thionyl bromide), optionally in the presence of a base (e.g. pyridine). This reaction is preferably performed in a solvent (e.g. pyridine, tetrahydrofuran, dichloromethane) at a temperature of about 0° to 30° C. The molar proportion of the compound (III) and thionyl halide may be usually about 1:2–4.

When the leaving group is sulfonyloxy, the conversion may be effected by reacting the compound (III) with a sulfonyl halide such as alkylsulfonyl halide (e.g. methane-sulfonyl chloride) or arylsulfonyl halide (e.g. p-toluene-sulfonyl chloride, benzenesulfonyl chloride), optionally in the presence of a base (e.g. triethylamine). This reaction is favorably performed in a solvent (e.g. pyridine, tetrahydrofuran, dichloromethane, chloroform) at a temperature of about 0° to 30° C. The molar proportion of the compound (III) and the sulfonyl halide is usually about 1:2–4.

The compound (IV) is then reacted with the compound (V) to give the compound (VI). The reaction may be carried out in the presence of a base (e.g. potassium carbonate, sodium carbonate) in a solvent such as alcohol (e.g. methanol, ethanol, propanol, 2-propanol, butanol), acetonitrile or dimethylformamide at a temperature around the boiling point of the solvent. The base and the compound (V) may be used respectively in amounts of about 0.5 to 2 mol and of about 1 to 1.5 mol to one mol of the compound (IV).

The compound (VI) is then reacted with the compound (VII) to give the compound (I-a). This reaction is carried out optionally in tile presence of a catalyst and a base (e.g. potassium carbonate, sodium carbonate, sodium hydride, potassium hydride) in an aromatic solvent (e.g. toluene, xylene, chlorobenzene) at a temperature around the boiling point of the solvent. As the catalyst, a crown ether such as dibenzo-18-crown-6-ether may be used, and its amount is normally from about 0.1 to 10% by weight based on the compound (VI). The molar proportion of the compound (VI) and the compound (VII) to be used is usually about 1:1–1.5.

**8**

Procedure (b):—

The imide compound (I) is also produced according to the following scheme:

$$(IV) \xrightarrow{(VII)}$$

$$Z-CH_2-(CH_2)_1-A-(CH_2)_m-CH_2X \xrightarrow{(V)} (I-a)$$

(VIII)

wherein X, A, Z, 1 and m are each as defined above.

The compound (IV) is reacted with the compound (VII) in the presence of a base such as an inorganic base (e.g. potassium carbonate, sodium carbonate, sodium hydride, potassium hydride) to give the compound (VIII). The reaction is usually carried out in a solvent (e.g. alcohol, dimethylformamide, acetonitrile); optionally in the coexistence of a reaction aid such as an alkali metal iodide (e.g. potassium iodide, sodium iodide), at a temperature around the boiling point of the solvent. The amounts of the base, the reaction aid and the compound (VII) may be respectively from about 1 to 2 mol, from about 0.1 to 1 mol and from about 0.1 to 1 mol to one mol of the compound (IV).

The compound (VIII) is then reacted with the compound (V) in the presence of a base (e.g. potassium carbonate, sodium carbonate, sodium hydride, potassium hydride) to give the compound (I-a). The reaction is normally carried out in a solvent (e.g. alcohol, dimethylformamide, acetonitrile), optionally in the coexistence of a reaction aid such as an alkali metal iodide (e.g. potassium iodide, sodium iodide), at a temperature around the boiling point of the solvent. The amounts of the base and the reaction aid may be respectively from about 1 to 2 mol and from about 0.1 to 1 mol to one mol of the compound (VIII). The molar proportion of the compound (VIII) and the compound (V) may be usually about 1:1–1.5.

Procedure (c):—

The imide compound (I) is further obtainable according to the following scheme:

$$HO-(CH_2)_p-A-(CH_2)_q-OH \longrightarrow$$

(IX)

$$HO-(CH_2)_p-A-(CH_2)_q-OR^{20}$$

(X)

$$H_2N-(CH_2)_p-A-(CH_2)_q-OR^{20} \xrightarrow{(XII)}$$

(XI)

$$Z-D-OR^{20} \longrightarrow Z-D-OH \longrightarrow Z-D-X \xrightarrow{(V)} (I)$$

(XIII)         (XIV)         (XV)

wherein $R^1$, $R^2$, $R^3$, $R^4$, n, p, q, D, A, B, X and Z are each as defined above and $R^{20}$ is a protective group for hydroxy (e.g. benzyl, halogen, methoxy or nitro-substituted benzyl, methoxymethyl, methoxyethoxymethyl, tetrahydrofuranyl).

The compound (IX) is converted into the compound (X) by application of a per se conventional protection procedure

5,532,372

**9**

(g.g. T. W. Greene: *"Protective Group in Organic Synthesis"*, John Willey & Sons, pages 10–39 (1981)) to the former. Examples of the protective group for hydroxy thus introduced are benzyl, substituted benzyl (e.g. halogen-, methoxy- or nitro-substituted benzyl), methoxymethyl, methoxyethoxymethyl, tetrahydrofuryl, etc.

The compound (X) is then subjected to oxidation, oximation (i.e. oxime formation) and reduction in this order to give the compound (XI). The oxidation may be carried out by reacting the compound (X) with an oxidizing agent such as chromic acid or its salt (e.g. chromic anhydride, bichromic acid). The oximation may be carried out by reacting the oxidized product with hydroxylamine in an alcohol at a temperature of about $0°$ to $30°$ C. Hydroxylamine is normally used in an amount of about 1 to 2 mol to one mol of the compound (X). The reduction may be carried out by reacting the oximated product with a reducing agent (e.g. lithium aluminum hydride) in an inert solvent (e.g. diethyl ether or tetrahydrofuran) at a temperature around the boiling point of the solvent. The amount of the reducing agent is usually from about 1 to 10 mol to one mol of the compound (X).

The compound (XI) thus obtained is reacted with the compound (XII) in a solvent (e.g. pyridine, toluene, xylene, chlorobenzene) at a temperature around the boiling point of the solvent to give the compound (XIII). The amount of the compound (XII) is ordinarily from about 1 to 3 mol to 1 mol of the compound (XI).

The compound (XIII) is then subjected to elimination of the protecting group by a per se conventional procedure (e.g. T. W. Greene: *"Protective group in organic synthesis"*, John Wiley & Sons, pages 10–39 (1981)) to give the compound (XIV).

Conversion of the compound (XIV) into the compound (XV) is accomplished by introduction of a leaving group into the former. When the leaving group is halogen (e.g. chlorine, bromine), the compound (XIV) may be reacted with thionyl halide (e.g. thionyl chloride, thionyl bromide) in the presence of a base (e.g. pyridine) in a solvent (e.g. pyridine, tetrahydrofuran, dichloromethane) at a temperature of about $0°$ to $30°$ C. The amount of the thionyl halide is normally from about 2 to 4 mol to 1 mole of the compound (XIV).

When the leaving group is sulfonyloxy, the compound (XIV) is reacted with a sulfonyl halide such as alkylsulfonyl halide (e.g. methanesulfonyl chloride) or arylsulfonyl halide (e.g. benzenesulfonyl chloride, p-toluenesulfonyl chloride) in the presence of a base (e.g. triethylamine). This reaction is usually carried out in a solvent (e.g. pyridine, tetrahydrofuran, dichloromethane, chloroform) at a temperature of about $0°$ to $30°$ C. The amount of the sulfonyl halide is normally from about 2 to 4 mol to one mol of the compound (XIV).

The compound (XV) thus produced is reacted with the compound (V) in the presence of a base in the coexistence of a reaction aid to give the compound (I). The reaction is normally performed in a solvent (e.g. alcohol, dimethylformamide, acetonitrile) at a temperature around the boiling point of the solvent. As the base, there may be used an inorganic base (e.g. potassium carbonate, sodium carbonate, sodium hydride, potassium hydride). As the reaction aid, an alkali metal iodide (e.g. potassium iodide, sodium iodide) is usable. The amounts of the base, the reaction aid and the compound (V) are respectively from about 1 to 2 mol, from about 0.1 to 1 mol and from about 1 to 1.5 mol to one mol of the compound (XV).

**10**

Procedure (d):—

The imide compound (I) is further obtainable according to the following scheme:



wherein $R^{20}$, D, G, X and Ar are each as defined above.

The compound (XI) is reacted with the compound (XVI) in the presence of a base in a solvent (e.g. alcohol, diglyme, toluene, chlorobenzene) at a temperature around the boiling point of the solvent to give the compound (XVII). As the base, there may be used an inorganic base (e.g. potassium carbonate, sodium carbonate), and its amount is normally from about 1 to 2 mol to one mol of the compound (XI). The compound (XVI) is used ordinarily in an amount of about 1 to 1.5 mol to one mol of the compound (XI).

The compound (XVII) is subjected to elimination of the protecting group by a per se conventional procedure (e.g. T. W. Greene: *"Protective Group in Organic Synthesis"*, John Wiley & Sons, pages 10–39 (1981)) to give the compound (XVIII).

Introduction of a leaving group into the compound (XVIII) affords the compound (XIX). When the leaving group is halogen (e.g. chlorine, bromine), the compound (XVIII) is reacted with thionyl halide (e.g. thionyl chloride, thionyl bromide), optionally in the presence of a base (e.g. pyridine). The reaction is normally carried out in a solvent (e.g. pyridine, tetrahydrofuran, dichloromethane) at a temperature of about $0°$ to $30°$ C. The amount of the thionyl halide may be from about 2 to 4 mol to 1 mol of the compound (XVIII).

When the leaving group is sulfonyloxy, the compound (XVIII) is reacted with a sulfonyl halide such as an alkylsulfonyl halide (e.g. methanesulfonyl chloride) or an arylsulfonyl chloride (e.g. p-toluenesulfonyl chloride, benzenesulfonyl chloride), optionally in the presence of a base (e.g. triethylamine). The reaction is normally carried out in a solvent (e.g. pyridine, tetrahydrofuran, dichloromethane, chloroform) at a temperature of about $0°$ to $30°$ C. The amount of the sulfonyl halide may be from about 2 to 4 mol to one mol of the compound (XVIII).

The compound (XIX) is reacted with the compound (VII) in the presence of a base (e.g. potassium carbonate, sodium carbonate, sodium hydride, potassium hydride) in a solvent (e.g. alcohol, acetonitrile, dimethylformamide) at a tempera-

11

ture around the boiling point of the solvent to give the compound (I). The amounts of the base and the compound (VII) may be respectively from about 0.5 to 2 mol and from about 1 to 1.5 mol to 1 mol of the compound (XIX).

The products in Procedures (a) to (d), i.e. the compounds (I) and (I-a), may be each purified by a per se conventional procedure such as recrystallization from a suitable solvent (e.g. alcohol, diethyl ether, ethyl acetate, hexane) or chromatography on a column of silica gel. It is also possible to convert the products into their acid addition salts and then purify by recrystallization from a proper solvent (e.g. acetone, diethyl ether, alcohol).

Throughout Procedures (a) to (d), the introduction of a protective group is accomplished by a per se conventional procedure. When, for instance, the protective group is benzyl, substituted benzyl (e.g. halogen-, methoxy- or nitro-substituted benzyl) or methoxymethyl, the starting compound into which the protective group is to be introduced may be reacted with a protective group-introducing reagent such as benzyl halide, substituted benzyl halide or methoxymethyl halide in the presence of a basic substance such as an alkali metal hydride (e.g. sodium hydride, potassium hydride) or an organic base (e.g. triethylamine, dimethyl-aminopyridine) in an organic solvent (e.g. tetrahydrofuran, dimethylformamide) at a temperature of about $-10°$ to $30°$ C. The amount of the protective group-introducing reagent may be from about 1 to 2 mol to one mol of the starting compound.

Elimination of the protective group may be also carried out by a per se conventional procedure. When, for instance, the protective group is benzyl or substituted benzyl, the elimination may be effected by hydrogenation using a noble metal catalyst (e.g. Pd-C, PtO, Pt-C) under a hydrogen pressure of 1 to 3 atm. When the protective group is benzyl, substituted benzyl or methoxymethyl, the elimination may be accomplished by treatment with a strong acid (e.g. $CF_3COOH$, HBr, HBr—$CH_3COOH$).

Optical resolution of the compound (I) can be accomplished by dissolving in an inert solvent (e.g. acetonitrile, alcohol), adding an optically active acid thereto to form the optically active salt between the compound (I) and the acid, precipitating the formed salt, collecting the precipitated salt and treating the collected salt with a base to make the optically active compound (I) in a free form.

As the optically active acid, there may be used, for instance, L-tartaric acid, D-tartaric acid, D-camphanic acid, L-mandelic acid, L-pyroglutamic acid, D-10-CSA (D-10-camphor-sulfonic acid), D-quinic acid, L-malic acid, dibenzoyl-L-tartaric acid, etc., among which preferred are L-tartaric acid and D-tartaric acid. No particular limitation is present on the temperature at which the salt formation is to be carried out, and the salt formation may be effected within a wide range from room temperature to the refluxing temperature of the reaction system. For enhancement of the optical purity, however, it is favored that the reaction system is once heated to the refluxing temperature. Before collection of the precipitated salt by filtration, the mixture may be once cooled so as to increase the yield. The amount of the optically active acid as the resolving agent may be from 0.5 to 2.0 equivalents, preferably around one equivalent, to the substrate. When desired, the collected salt may be recrystallized from a proper solvent such as alcohol to give the optically active salt with a higher purity. The thus obtained salt may be treated with a base to release an optical isomer of the compound (I) in a free form.

For the therapeutic use as an antipsychotic agent, the imide compound (I) or its pharmaceutically acceptable salt

12

may be used as such, but it is usually formulated into a pharmaceutical preparation such as tablets, capsules, syrups, suspension, solutions, emulsions and suppositories by a per se conventional procedure. Depending upon the administration route such as parenteral or non-parenteral administration (e.g. oral administration, intravenous administration, rectal administration), an appropriate preparation form may be employed. In order to make said pharmaceutical preparation, the imide compound (I) or its pharmaceutically acceptable salt may be combined, if necessary, with any suitable additive(s) such as carriers, diluents, fillers, binders and stabilizers. In case of an injectionable preparation, pharmaceutically acceptable buffers, solubilizers, isotonizers, etc. may be incorporated therein.

While the dosage of the imide compound (I) or its pharmaceutically acceptable salt varies greatly with the symptom, age and weight of the patient, the dosage form, the administration mode and the like, it may be generally given to an adult at a daily dose of from about 1 to 1000 mg, preferably from about 5 to 100 mg, in case of oral administration and at a daily dose of from about 0.1 to 100 mg, preferably from about 0.3 to 50 mg, in case of intravenous injection. Said dose may be applied in a single time or dividedly in two or more times.

As stated above, the imide compound (I) and its pharmaceutically acceptable salts exert a significant anti-psychotic activity. Yet, they are very weak in side effects as observed on the conventional neuroleptic drugs.

The above facts are evidenced by the pharmacological test data as set forth below.

(i) Dopamine $D_2$ receptor binding assay (in vitro)

It is known that there is a correlation between the antipsychotic activity and the dopamine $D_2$ receptor binding activity. This assay is therefore to examine an affinity of the test compound to dopamine $D_2$ receptor in membrane fractions of corpus striatum taken out from rat brain according to the method as described in T. Kuno et al: J. Neurochem., 41, 841 (1983).

Fresh corpus striatum taken out from rat brain is homogenized in a 30-fold volume of Tris-HCl buffer solution (pH, 7.4; 0.05 M) and centrifuged (31,360×g) for 10 minutes to give the membrane fractions, which are washed with the same volume of the buffer solution twice to give the membrane fractions for assay.

The membrane fractions as above obtained (containing 5 mg of protein) are incubated at 37° C. for 30 minutes in a buffer solution comprising [$^3$H] raclopride (0.45 nM), sodium chloride (120 mM), 1 mM magnesium chloride, 5 mM potassium chloride, 2 mM calcium chloride, Tris-HCl (pH, 7.4; 50 mM), 0.01% ascorbic acid, 1 mM pargyline and the test compound (10$^{-9}$ to 10$^{-5}$ M). Upon termination of the reaction, the membrane fractions are collected through a Whatman GF/B glass filter and number of [$^3$H] raclopride bound to membranes is measured by the aid of a liquid scintillation counter. Number of [$^3$H] raclopride binding specific to the $D_2$ receptor in a designed concentration of the test compound is calculated according to the following equation and the $IC_{50}$ and Ki are determined on the basis of a hill plot according to the method as described in Life Sci., .23, 1781–1784 (1978). As the representative anti-phychotic drug, Haloperidol is used as control.

Number of specific binding=

(Total number of bindings)—(Number of non-specific bindings, e.g. number of bindings in co-existence of 10$^{-6}$ M (+)Butaclamol)

Ki (nM)=$IC_{50}/(1+S/K_D)$

　　S: concentration of [$^3$H] raclopride on assay

5,532,372

**13**

$K_D$: dissociation constant of [³H] raclopride
The results are shown in Table 2.

TABLE 2

| Compound No. | Ki (nM) |
|---|---|
| 101 | 1.6 |
| 105 | 1.0 |
| Haloperidol | 0.57 |

Further, the anti-psychotic activity (e.g. inhibition of [³H] raclopride binding to $D_2$ receptors) of the designated compound at the concentration of 0.01 μM is observed, of which the results are shown in Table 3.

TABLE 3

| Compound No. | Antipsychotic activity (% inhibition) |
|---|---|
| 101 | 60 |
| 106 | 90 |
| 107 | 71 |
| 161 | 24 |
| 163 | 11 |

(ii) Anti-climbing activity (in vivo)

This activity is examined through the anti-climbing behavior test, i.e. the test for suppressing the climbing behavior induced by apomorphine in mice.

A designed amount of the test compound is orally administered to several groups of ddY strain male mice (body-weight, 20 to 25 g; one group, 5 mice), and each of the animals is placed in an individual column cage of 12 cm in diameter and 14 cm in height having metal poles (each pole, 2 mm in diameter) vertically installed and arranged along the periphery with intervals of 1 cm. After 60 minutes, apomorphine (1.0 mg/kg) is subcutaneously injected, and the behavior is observed during 10 to 20 minutes. Evaluation is made on the basis of the following criteria [P. Protais et al.: Psychopharmacology, 50, 1–6 (1976)]:

| Score | Evaluation |
|---|---|
| 0 | All the paws are on the floor |
| 1 | only forepaws seize the pole of the cage |
| 2 | All the paws seize the pole of the cage; climbing behavior observed discontinuously |
| 3 | Continuous climbing behavior observed |

Inhibition percentage of climbing behavior per each dose is calculated by the following equation, and $ED_{50}$ (50% suppressive dose) is determined thereon:

$$\text{Inhibition percentage (\%)} = \frac{\text{Total score in control group} - \text{Total score in tested group}}{\text{Total score in control group}} \times 100$$

The results are shown in Table 4 in which the representative psychotic drugs such as Haloperidol and Chlorpromazine are used for control.

TABLE 4

| Compound No. | $ED_{50}$ (mg/Kg) |
|---|---|
| 101 | 10.3 |
| 107 | 26.5 |
| Haloperidol | 0.67 |

**14**

TABLE 4-continued

| Compound No. | $ED_{50}$ (mg/Kg) |
|---|---|
| Chlorpromazine | 4.2 |

(iii) Side-effect

a) Catalepsy inducing activity

The catalepsy inducing activity, which is the typical central nervous system side-effect, i.e. extrapyramidal side-effect, on clinical use of the psychotic drug, is observed.

A designated amount of the test compounds is orally administered to male mice, and one hour later a pair of forepaws are forcedly hanged on an iron pipe (diameter, 2.5 mm) horizontally set at a height of 5 cm. At least one cataleptic state of more than 30 second per three trials is regarded as positive. The results are shown in Table 5.

TABLE 5

| Test compound | $ED_{50}$ (mg/kg) | Ratio to anti-apomorphine activity |
|---|---|---|
| Compound No. 101 | 747 | 72.5 |
| Haloperidol | 3.1 | 4.6 |
| Chlorpromazine | 18 | 4.3 |

Ptosis inducing activity

Since the blocking activity of $\alpha_1$ adrenergic receptor inherent to the anti-psychotic drug has a correlation with cardiovascular organ side-effect such as orthostatic hypotension, a ptosis inducing test is conducted to evaluate the $\alpha_1$-receptor blocking activity.

The designated compound is orally administered to mice and after one hour blepharoptosis is scored, of which the results are shown in Table 6.

TABLE 6

| Test compound | $ED_{50}$ (mg/kg) | Ratio to anti-apomorphine activity |
|---|---|---|
| Compound No. 101 | >1000 | >97 |
| Haloperidol | 4.1 | 6.0 |
| Chlorpromazine | 6.0 | 1.4 |

The above pharmacological data support that the imide derivatives (I) and their acid addition salts according to the invention show an excellent anti-psychotic activity. Further, the efficacy ratio of the anti-psychotic activity (i.e antiapomorphine activity) to the side-effect induction reveals that they have least central and peripheral nervous system side-effects in comparison with the conventional drugs.

Practical and presently preferred embodiments of the invention are illustratively shown in the following Examples wherein the abbreviations have the following meanings: Ms, methanesulfonyl; Et, ethyl; Ph, phenyl.

Reference Example 1-(a)

Production of trans-3a,7a-octahydroisoindolium-2-spiro-1'-[4'-(1,2-benzisothiazol-    3-yl)]piperazine    methane-sulfonate (Compound No. 201 ):-

5,532,372

**15**



(1)



(2)



(3)



(4)



(201)

To a mixture of lithium aluminum hydride (2.85 g; 75 mmol) and diethyl ether (50 ml), a solution of trans-1,2-cyclohexanedicarboxylic acid anhydride (1) (7.71 g; 50 mmol) in diethyl ether (150 ml) is dropwise added, and the resultant mixture is allowed to react at room temperature for 3 hours and then heated under reflux for 2 hours. After cooling, wet ether is dropwise added to the reaction mixture, followed by addition of water. The organic layer is collected by decantation, followed by concentration to give trans-1,2-bis(hydroxymethyl)cyclohexane (2) (5.1 g).

The thus obtained compound (2) (5.1 g; 35.4 mmol) is dissolved in triethylamine (10.37 g; 103 mmol) and acetonitrile (127 ml), and methanesulfonyl chloride (8.13 g; 71 mmol) is dropwise added thereto under ice-cooling. The resultant mixture is ice-cooled for 1 hour and allowed to react at room temperature for 3 hours. The reaction mixture is washed with water, dried and concentrated, followed by addition of diethyl ether. Precipitated crystals are collected by filtration to give trans-1,2-bis(methanesulfonyloxymethyl)cyclohexane (3) (5.4 g).

A mixture of the compound (3) (3.06 g; 10.2 mmol), 3-(1-piperazinyl-1,2-benzisothiazole (4) (2.19 g; 10 mmol), sodium carbonate (1.05 g; 10 mmol) and acetonitrile (45 ml) is refluxed for 23 hours. The reaction mixture is filtered while hot, and the filtrate is concentrated to give the objective compound (Compound No. 201) (4.3 g). m.p., 220°–225° C.

**16**

Reference Example 1-(b)

Production of trans-1,2-bis (methanesulfonyloxymethyl)cyclohexane (3) :—



(5)



(2)



(3)

To a mixture of lithium aluminum hydride (52.22 g; 1,374 mol) and tetrahydrofuran (500 ml), a solution of trans-1,2-cyclohexanedicarboxylic acid (5) (118.18 g; 0.687 mol) in tetrahydrofuran (2 liters) is dropwise added under reflux, and the resultant mixture is allowed to react under reflux for 3 hours. After completion of the reaction, the reaction mixture is cooled, and wet tetrahydrofuran and ether are dropwise added thereto, followed by filtration. The filtrate is concentrated under reduced pressure to give trans-1,2-bis(hydroxymethyl)cyclohexane (2) (71.86 g).

To a solution of the compound (2) (71.86 g; 0.499 mol) and triethylamine (151.21 g; 1.497 mol) in chloroform (1 liter), methanesulfonyl chloride (114.27 g; 0.998 mol) is dropwise added under ice-cooling, and the resultant mixture is stirred at room temperature for 6 hours. The reaction mixture is washed with water, dried and concentrated under reduced pressure. Diethyl ether is added to the residue for crystallization, and the precipitated crystals are collected to give trans-1,2-bis(methanesulfonyloxymethyl)cyclohexane (3) (88.57 g).

Reference Example 2

Production of N-[(2-chloromethyl)cyclopropylmethyl]cyclohexane-1,2-dicarboximide (Compound No. 202):—



(6)



(7)



(253)



(8)

5,532,372

## 17
-continued



(202)

To a mixture of lithium aluminum hydride (6.65 g; 175 mmol) and diethyl ether (1000 ml), a solution of diethyl 1,2-cyclopropanedicarboxylate (6) (25.0 g; 134 mmol) in diethyl ether (250 ml) is dropwise added, and the resultant mixture is refluxed for 5 hours, followed by cooling. Wet ether is dropwise added to the reaction mixture, followed by addition of water. The organic layer is collected by decantation and dried. Concentration under reduced pressure gives 1,2-bis(hydroxymethyl)cyclopropane (7) (24.8 g).

To a solution of the compound (7) (3.0 g; 29.4 mmol) in pyridine (4.64 g), thionyl chloride (10.5 g; 88.2 mmol) is dropwise added, and the resultant mixture is stirred at a temperature of 0° to 5° C. for 30 minutes and at room temperature for 2 hours. The reaction mixture is concentrated, and to the residue diethyl ether and ethyl acetate (1:1) are added. After filtration of insoluble materials, the filtrate is concentrated to give 1.2-bis(chloromethyl)cyclopropane (8) (2.51 g).

$^1$H-NMR (CDCl$_3$) δ: 6: 0.75 (2 H, m), 1.25 (2 H, m), 3.45 (4 H, m).

A mixture of the compound (8) (0.3 g; 2.2 mmol), cyclohexane-1,2-dicarboximide (253) (66 rag; 0.43 mmol), potassium carbonate (0.3 g; 2.2 mmol), potassium iodide (0.3 g; 1.8 mmol) and acetonitrile (20 ml) is refluxed for 5 hours, and the reaction mixture is, after cooling, concentrated under reduced pressure. Chloroform is added to the residue, which is washed with water, dried, concentrated under reduced pressure and chromatographed on a silica gel column to give the objective compound (Compound No. 202) (0.11 g).

$^1$H-NMR (CDCl$_3$) δ: 0.60 (2 H, m), 0.95 (2 H, m), 1.45 (4 H, m), 1.85 (4 H, m), 2.85 (2 H, m), 3.20 (2 H, m), 3.55 (2 H, m).

### Reference Example 3

Production of N-(3-methanesulfonyloxymethylcyclohexyl) bicyclo[2.2.1]heptane-2-exo-3-exo-dicarboximide (Compound No. 203 ):-



(9)



(10)



(11)

## 18
-continued



(12)



(13)



(15)



(16)



(203)

50% Sodium hydride (5.77 g; 120 mmol) is washed with n-hexane, and dimethylformamide (50 ml) is added thereto. To the resultant mixture, 3-hydroxymethylcyclohexanol (9) (10.0 g; 76.8 mmol) is dropwise added under ice-cooling, and then benzyl bromide (13.15 g; 76.8 mmol) is dropwise added thereto under ice-cooling. The resulting mixture is stirred at a temperature of 0° to 10° C. for 5 hours. The reaction mixture is poured into ice-water, extracted with toluene. The organic layer is washed with water, dried and concentrated under reduced pressure. The residue is chromatographed on a silica gel column to give 3-benzyloxymethylcyclohexanol (10) (9.55 g).

$^1$H-NMR (CDCl$_3$) δ: 0.8–2.1 (9 H, m), 3.35 (2 H, s), 3.60 (1 H, m), 4.50 (2 H, s), 7.35 (5 H, m).

To a solution of the compound (10) (4.9 g; 22.2 mmol) in acetone (90 ml), Jones reagent (chromic anhydride acid-sulfuric acid) (0.07 mol) is dropwise added, and the resultant mixture is stirred at a temperature of 0° to 10° C. for 2 hours. Methanol is dropwise added to the reaction mixture, which is poured into ice-water and extracted with chloroform. The extract is washed with water, dried and concentrated under

## 19

reduced pressure. The residue is chromatographed on a silica gel column to give 3-benzyloxymethylcyclohexanone (11).

$^1$H-NMR (CDCl$_3$) δ: 1.15–2.50 (9 H, m), 3.38 (2 H, d), 4.50 (2 H, s), 7.30 (5 H, m).

To a solution of the compound (11) (1.0 g; 4.6 mmol), in ethanol (25 ml), sodium acetate (0.754 g; 9.2 mmol) and hydroxylamine hydrochloride (0.384 g; 5.5 mmol) are added, and the resultant mixture is stirred at room temperature for 3 hours. The reaction mixture is poured into ice-water, extracted with chloroform, washed with water and dried. After concentration under reduced pressure, the residue is chromatographed on a silica gel column to give 3-benzyloxymethylcyclohexanone oxime (12) (0.8 g).

$^1$H-NMR (CDCl$_3$) δ: 1.2–1.55 (2 H, m), 1.65–2.15 (5 H, m), 2.45 (1 H, m), 3.25 (1 H, m), 3.38 (2 H, m), 4.50 (2 H, s), 7.30 (5 H, m).

To a solution of the compound (12) (0.75 g; 3.2 mmol) in diethyl ether (30 ml), lithium aluminum hydride (0.75 g; 20 mmol) is added, and the resultant mixture is refluxed for 3 hours. After cooling, wet ether is dropwise added to the reaction mixture, and the organic layer is collected by decantation and dried, followed by concentration under reduced pressure to give 3-benzyloxymethylcyclohexylamine (13) (0.61 g).

$^1$H-NMR (CDCl$_3$) δ: 0.8–2.2 (9 H, m), 3.15 (1 H, s), 3.20 (1 H, s), 3.35 (2 H, m), 4.50 (2 H, s), 7.30 (5 H, m).

To a solution of the compound (13) (0.57 g; 2.6 mmol) in pyridine (30 ml), bicyclo[2.2.1]hept-5-ene-2-exo-3-exo-dicarboxylic acid anhydride (14) (854 rag; 5.2 mmol) is added, and the resultant mixture is refluxed for 7 hours. Pyridine is removed under reduced pressure, and chloroform is added to the residue and washed with water. The thus obtained residue is chromatographed on a silica gel column and further on a silica gel thin layer to give N-(3-benzyloxymethylcyclohexyl) bicyclo[2.2.1]hept-5-ene-2-exo-3-exo-dicarboximide (15) (0.23 g).

$^1$H-NMR (CDCl$_3$) δ: 0.9–2.45 (11 H, m), 2.60 (2 H, s), 3.25 (2 H, s), 3.30–3.52 (2 H, m), 4.00 (1 H, m), 4.55–4.65 (2 H, m), 6.30 (2 H, s), 7.30 (5 H, m).

To a solution of the compound (15) (0.21 g; 57.5 mmol) in methanol (10 ml), one drop of conc. hydrochloric acid and 10% palladium-carbon (210 mg) are added at room temperature to perform catalytic reduction. After completion of the reaction, the catalyst is removed. Removal of methanol under reduced pressure gives N-(3-hydroxymethylcyclohexyl) bicyclo[2.2.1]hept-2-exo-3-exo-dicarboximide (16) quantitatively.

H-NMR (CDCl$_3$) δ: 0.9–2.25 (15 H, m), 2.55 (2 H, s), 2.70 (2 H, s), 3.68 (2 H, brs), 4.08 (1 H, brs).

To a solution of the compound (16) (133 rag; 0.61 mmol) in pyridine (5 ml), methanesulfonyl chloride (82.4 mg; 0.92 mmol) is dropwise added under ice-cooling, and the resultant mixture is stirred at room temperature for 1.5 hours. Pyridine is removed under reduced pressure, and chloroform is added to the residue and washed with water. The chloroform solution is dried and concentrated under reduced pressure to give the objective compound (Compound No. 203).

H-NMR (CDCl$_3$) δ: 1.0–2.2 (15 H, m), 2.55 (2 H, s), 2.70 (2 H, s), 3.00 (3 H, s), 4.02 (3 H, m).

## 20

### Reference Example 4

Production of Compound No. 204:-



To a mixture of lithium aluminum hydride (11.86 g; 0.312 tool) and diethyl ether (300 ml), a solution of trans-1,2-bis(chlorocarbonyl)cyclobutane (17) (18.90 g; 0.104 mol) in diethyl ether (200 ml) is dropwise added under reflux, and the resultant mixture is refluxed for 3 hours. After cooling, wet tetrahydrofuran is dropwise added to the reaction mixture, followed by filtration. The filtrate is concentrated under reduced pressure to give trans-1,2-bis-(hydroxymethyl)cyclobutane (18) (8.76 g).

To a solution of the compound (18) (8.50 g; 0.0733 mol) and triethylamine (22.20 g; 0.22 mol) in chloroform (100 ml), methanesulfonyl chloride (16.79 g; 0.147 tool) is dropwise added under ice-cooling, and the resultant mixture is stirred for 7 hours at room temperature. The reaction mixture is washed with water, dried and concentrated under reduced pressure to give trans-1,2-bis (methanesulfonyloxymethyl)cyclobutane (19) (18.50 g). m.p., 60° to 62° C. (crystallized from ether).

A mixture of the compound (19) (10.00 g; 0.0368 tool), 3-(1-piperazinyl)-1,2-benzisothiazole (4) (7.25 g; 0.0331 mol), sodium carbonate (3.90 g; 0.0368 mol) and acetonitrile (300 ml) is refluxed for 13 hours, and the reaction mixture is cooled, followed by filtration. The filtrate is concentrated under reduced pressure and chromatographed on a silica gel column to give the objective compound (Compound No. 204) (2.84 g ).

$^1$H-NMR (CDCl$_3$) δ: 1.5–2.15 (4 H, m), 2.3–2.69 (8 H, m), 3.02 (3 H, s), 3.54 (4 H, t, J=5 Hz), 4.25 (2 H, d, J=5.6 Hz), 7.32–7.50 (2 H, m), 7.83–7.92 (2 H, m).

### Reference Example 5

Production of Compound No. 205:-

5,532,372

21

22

-continued



(21)

(22)

(205)

A mixture of 3- (1-piperazinyl) -1,2-benzisothiazole (4) (12.7 g; 0.058 mol), 1,4-cyclohexanedione monoethylene ketal (20) (10 g; 0.064 mol), p-toluenesulfonic acid (0.55 g; 0.0029 mol) and toluene (200 ml) is refluxed for 7 hours, and potassium carbonate (0.8 g; 0.0058 mol) is added thereto at room temperature. The resultant mixture is stirred for 1 hour and concentrated under reduced pressure. To the residue tetrahydrofuran (250 ml), methanol (20 ml) and sodium borohydride (2.19 g; 0.058 mol) are added, followed by stirring at room temperature for 15 hours. The reaction mixture is concentrated under reduced pressure, followed by addition of chloroform. The resultant solution is washed with water and dried. The solution is concentrated under reduced pressure and chromatographed on a silica gel column to give the compound (21) (1.57 g). m.p., 105° to 106° C.

A solution of the compound (21) (2.5 g; 0.007 mol) in 1 N hydrochloric acid (20 ml) and tetrahydrofuran (20 ml) is refluxed for 10 hours, and the reaction mixture is concentrated under reduced pressure. The residue is made alkali with aqueous potassium carbonate, extracted with ethyl acetate, dried and concentrated under reduced pressure to give the compound (22) (2.06 g).

To a solution of the compound (22) (2 g; 0.0063 tool) in methanol (200 ml), sodium borohydride (0.24 g; 0.0063 mol) is added under ice-cooling, followed by stirring for 30 minutes. The reaction mixture is concentrated under reduced pressure, followed by addition of water and extraction with ethyl acetate. The extract is dried and concentrated under reduced pressure to give the objective compound (Compound No. 205). m.p., 155° to 160° C.

$^1$H-NMR (CDCl$_3$) δ: 1.2–2.1 (9 H, m), 2.3–2.45 (1 H, m), 2.7–2.85 (4 H, m), 3.5–3.7 (5 H, m), 7.32–7.5 (2 H, m), 7.81 (1 H, d, J=8 Hz), 7.91 (1 H, d, J=8 Hz).

Reference Example 6

In the same manner as in Reference Examples 1 to 5, the compounds as shown in Table 7 are obtainable.

TABLE 7

| Compound No. | Structure | Physical constant | |
|---|---|---|---|
| 206 | | Melting point: | 222–225° C. |
| 207 | | Melting point: $^1$H-NMR (CDCl$_3$) δ: | 269–272° C. 1.2–1.4(4H, m), 1.7–2.2(6H, m), 2.70(3H, s), 3.35(2H, t, J=12Hz), 3.6–3.9(4H, m), 4.0–4.3(6H, m), 6.63(1H, t, J=5Hz), 8.33(2H, d, J=5Hz). |
| 208 | | | |
| | Note: not isolated. | | |
| 209 | | $^1$H-NMR (CDCl$_3$) δ: EI-MS m/e: | 1.0–2.2(17H, m), 2.80(2H, m), 3.05(3H, s), 4.05(3H, m). 343 (M$^+$) |
| 210 | | Melting point: $^1$H-NMR (CDCl$_3$) δ: | 193–195° C. 1.1–1.4(4H, m), 1.65–2.0(8H, m), 2.1–2.3(2H, m), 2.72(3H, s), 2.93(1H, t, J=11Hz), 3.25 (1H, t, J=11Hz), 3.4–3.65(3H, m), 3.74(1H, dd, J=6 and 11Hz), 3.9–4.2(3H, m), 6.9–7.1(2H, m), 7.3–7.5(2H, m). |

5,532,372

**23**                                                                                                           **24**

TABLE 7-continued

| Compound No. | Structure | Physical constant | |
|---|---|---|---|
| 211 |  | Melting point:<br>$^1$H-NMR (CDCl$_3$) δ: | 182–184° C.<br>1.1–1.5(4H, m), 1.7–2.2(8H, m), 2.25–2.55(2H, m), 2.74(3H, s), 3.10(1H, t, J=11Hz), 3.27 (1H, t, J=11Hz), 3.5–3.7(1H, m), 3.75–3.9(1H, m), 3.9–4.1 (1H, m), 4.1–4.25(1H, m), 4.77 (1H, m), 6.85–7.0(4H, m). |
| 212 |  | Melting point:<br>$^1$H-NMR (CDCl$_3$) δ: | 178–180° C.<br>1.1–1.45(4H, m), 1.7–2.05(6H, m), 2.05–2.35(2H, m), 2.35–2.6(2H, m), 2.79(3H, s), 2.97 (1H, t, J=12Hz), 3.30(1H, t, J=12Hz), 3.54(1H, dd, J=13 and 26Hz), 3.87(1H, dd, J=6 and 12Hz), 4.0–4.2(1H, m), 4.26(1H, dd, J=6 and 12Hz), 4.4–4.6(1H, m), 7.07(1H, dt, J=2 and 7Hz), 7.19(1H, dd, J=2 and 8Hz), 7.91(1H, dd, J=5 and 9Hz). |
| 213 |  | Melting point:<br>$^1$H-NMR (CDCl$_3$) δ: | 223–225° C.<br>1.15–1.45(4H, m), 1.7–2.2 (6H, m), 2.71(3H, s), 3.32(2H, t, J=12Hz), 3.65–4.1(10H, m), 6.65–6.8(2H, m), 7.52(1H, m), 8.15(1H, m). |
| 214 |  | Melting point:<br>$^1$H-NMR (CDCl$_3$) δ: | 164–167° C.<br>1.1–1.4(4H, m), 1.75–2.2 (6H, m), 2.74(3H, s), 3.31(2H, t, J=2Hz), 3.45–3.65(4H, m), 3.75–3.95(4H, m), 4.0(1H, dd, J=2 and 11Hz), 6.75–7.0(3H, m), 7.15–7.2(1H, m). |
| 215 |  | Melting point:<br>$^1$H-NMR (CDCl$_3$) δ: | 176–179° C.<br>1.27(4H, m), 1.7–2.1(6H, m), 2.75(3H, s), 3.31(2H, t, J= 2Hz), 3.45(4H, brs), 6.69(1H, m), 6.95(1H, dd, J=2 and 9Hz), 7.13(1H, d, J=2Hz), 7.38(1H, d, J=9Hz), 7.58(1H, d, J=2Hz). |
| 216 |  | Melting point:<br>$^1$H-NMR (CDCl$_3$) δ: | 226–229° C.<br>8.11(1H, d, J=9Hz), 7.82–7.86(1H, m), 7.63(1H, d, J=8Hz), 7.36–7.53(3H, m), 7.15 (1H, d, J=7Hz), 3.9–4.1(6H, m), 3.4–3.5(6H, m), 2.78(3H, s), 1.2–2.2(10H, m). |
| 217 |  | Melting point:<br>$^1$H-NMR (CDCl$_3$) δ: | 226–229° C.<br>6.98–7.15(8H, m), 4.0–4.1 (2H, m), 3.7–3.8(4H, m), 3.2–3.3(2H, m), 2.76(3H, s), 2.6–2.7(4H, m), 2.8–3.0(8H, m), 1.2–1.4(2H, m). |
| 218 |  | Melting point:<br>$^1$H-NMR (CDCl$_3$) δ: | 176–179° C.<br>6.8–7.1(4H, m), 3.9–4.0(2H, m), 3.7–3.8(7H, m), 3.35–3.45 (6H, m), 2.77(3H, s), 1.8–2.2 (6H, m), 1.3–1.4(4H, m). |

5,532,372

25                     26

TABLE 7-continued

| Compound No. | Structure | Physical constant | |
|---|---|---|---|
| 219 |  | Melting point:<br>$^1$H-NMR (CDCl$_3$) δ: | 215–216° C.<br>1.1–1.5(4H, m), 1.8–2.2(6H, m), 2.77(3H, s), 3.3–3.5(2H, m), 3.7–4.1(10H, m), 6.94(1H, s), 7.3–7.37(1H, m), 7.51–7.65(2H, m), 7.78(1H, d, J=8 Hz), 8.89(1H, s). |
| 220 |  | Melting point:<br>$^1$H-NMR (CDCl$_3$) δ: | 112–113° C.<br>1.2–1.4(4H, m), 1.8–2.2(6H, m), 2.78(3H, s), 3.4–3.5(2H, m), 3.7–4.1(10H, m), 7.2–7.3 (1H, m), 7.4–7.6(3H, m), 8.1–8.2(1H, m), 8.8–8.9(1H, m). |
| 221 |  | Melting point:<br>$^1$H-NMR (CDCl$_3$) δ: | 194–195° C.<br>1.51(2H, quint, J=10Hz), 1.90 (2H, m), 2.19–2.27(2H, m), 2.57 (2H, m), 2.76(3H, s), 3.47(2H, t, J=11Hz), 3.92–4.08(10H, m), 7.38–7.53(2H, m), 7.83(1H, d, J=8Hz), 7.95(1H, d, J=8Hz). |
| 222 |  | Melting point:<br>$^1$H-NMR (CDCl$_3$) δ: | 224–227° C.<br>1.1–1.3(3H, m), 1.60(2H, m), 1.89(1H, d, J=15Hz), 2.25(2H, brs), 2.47(2H, m), 2.71(3H, s), 3.20(2H, m), 3.60–3.70(2H, m), 3.80–3.90(4H, m), 4.0–4.2(4H, m), 7.3–7.5(2H, m), 7.79(1H, d, J=8Hz), 7.96(1H, d, J=8Hz). |
| 223 |  | $^1$H-NMR (CDCl$_3$) δ: | 2.0–2.1(2H, m), 2.3–2.45(2H, m), 2.76(3H, s), 2.95–3.1(2H, m), 3.25–3.4(2H, m), 3.87(4H, brs), 3.96(4H, brs), 4.15–4.25 (2H, m), 5.90(2H, brs), 7.38–7.53(2H, m), 7.82(1H, d, J=8 Hz), 7.99(1H, d, J=8Hz). |
| 224 |  | $^1$H-NMR (CDCl$_3$) δ: | 2.75(3H, s), 3.0–3.15(4H, m), 3.8–4.0(8H, m), 4.4–4.5(2H, m), 4.87(2H, s), 6.44(2H, s), 7.41–7.50(2H, m), 7.82(1H, d, J=8Hz), 7.98(1H, d, J=8Hz). |
| 225 |  | $^1$H-NMR (CDCl$_3$) δ: | 0.45(1H, m), 0.90(1H, m), 1.1–1.8(8H, m), 2.62(2H, m), 2.72 (2H, brs), 3.20(2H, m), 3.50(2H, m). |
| 226 |  | $^1$H-NMR (CDCl$_3$) δ: | 1.0–2.0(16H, m), 2.62(2H, brs), 2.70(2H, brs), 3.08(3H, s), 3.37 (1H, dd, J=8Hz and 13Hz), 3.60 (1H, dd, J=8Hz and 13Hz), 4.25–4.37(2H, m). |

5,532,372

**27**            **28**

## TABLE 7-continued

| Compound No. | Structure | Physical constant |
|---|---|---|
| 227 |  | |
| | Note: not isolated. | |
| 228 |  | Melting point:   216–218° C.<br>$^1$H-NMR (CDCl$_3$) δ:   1.55–1.9(6H, m), 2.35–2.45 (2H, m), 2.75(3H, s), 2.95–3.05(2H, m), 3.35–3.5(2H, m), 3.75–4.0(8H, m), 4.1–4.2(2H, m), 7.38–7.53(2H, m), 7.82(1H, d, J=8Hz), 8.01(1H, d, J=8Hz). |

### Reference Example 7

According to the methods as described in JP-A-63-83085, J. Med. Chem., 28, 761–769 (1985) or ibid., 32, 1024–1033 (1989), the compounds as shown in Table 8 are obtained.

## TABLE 8

| Compound No. | Structure |
|---|---|
| 251 |  |
| 252 |  |
| 253 |  |
| 254 |  |

## TABLE 8-continued

| Compound No. | Structure |
|---|---|
| 255 |  |
| 256 |  |
| 257 |  |
| 258 |  |
| 259 |  |

5,532,372

| 29 | 30 |
|---|---|

TABLE 8-continued

| Compound No. | Structure |
|---|---|
| 260 |  |
| 261 |  |
| 262 |  |
| 263 |  |
| 264 |  |
| 265 |  |

TABLE 8-continued

| Compound No. | Structure |
|---|---|
| 266 |  |
| 267 |  |
| 268 |  |
| 269 |  |

Example 1- (a)

Production of Compound No. 101:—



(251) + (201)    .·OMs⟶



(101)    .HCl

65

5,532,372

| 31 | 32 |

A mixture of the compound (201) (1.44 g; 3.4 mmol), bicyclo[2.2.1]heptane-2-exo-3-exo-dicarboximide (251) (0.84 g; 5.1 mmol), potassium carbonate (0.68 g; 5.0 mmol), dibenzo-18-crown-6-ether (4 mg; 0.01 mmol) and xylene (20 ml) is refluxed #for 16 hours, followed by removal of the solvent. The residue is chromatographed on a silica gel column and treated with hydrogen chloride-2-propanol to give the objective compound (Compound No. 101) in the form of hydrochloride. m.p., 215° to 217° C.

### Example 1- (b)

A mixture of the compound No. 101 in the free form (145.0 g) and methanol (1350 ml) is heated at 60° C., and a solution of L-tartaric acid (44.4 g) in methanol (100 ml) is dropwise added thereto, and the resultant mixture is refluxed for 30 minutes. After allowing to cool to 20° to 30° C., the reaction mixture is stirred for 2 hours, and precipitated crystals are collected by filtration and dried under reduced pressure. The resulting crystals (103.5 g) are recrystallized from methanol two times to give a (+)-isomer of Compound No. 101 in the form of L-tartrate, i.e. Compound No. 102, (71.3 g). m.p., 129° C. $[\alpha]^{25}_D$=+18.2 (c=1.0, dimethylformamide (DMF))

### Example 1-(c)

The mother liquor after collection of the first crystals by filtration in Example 1-(b) is concentrated under reduced



(203)                                                              (106)

pressure, followed by addition of dichloromethane (500 ml) and aqueous sodium bicarbonate (200 ml). The organic layer is washed with aqueous sodium bicarbonate and aqueous sodium chloride (500 ml) two times in order, dried and concentrated under reduced pressure. To the residue, methanol (3300 ml) and D-tartaric acid (20.2 g) are added, and the resultant mixture is stirred under reflux, followed by cooling. Stirring is continued at 20° to 30° C. for 2 hours, and precipitated crystals are collected and dried under reduced pressure to give crystals (88.0 g). The thus obtained crystals are recrystallized from methanol to give a (−)-isomer of Compound No. 101 in the form of D-tartrate, i.e. Compound No. 103, (67.5 g). m.p., 129° C. $[\alpha]_D^{25}$=−18.3 (c=1.0, DMF).

### Example 1- (d)

A solution of Compound No. 102 (70.0 g) as obtained in Example 1-(b) in chloroform (500 ml) is washed with aqueous sodium bicarbonate (200 ml) two times and aqueous sodium chloride two times in order, dried and concentrated under reduced pressure. To the residue, acetone (270 ml) and 13.7% 2-propanol solution of hydrogen chloride (31.9 g) are added, and the mixture is stirred at 20° to 30° C. for 2 hours. Precipitated crystals are collected by filtration and dried under reduced pressure to give a (+)-isomer of Compound No. 101 in the form of hydrochloride, i.e. Compound No. 104, (55.9 g). m.p., 268° C. $[\alpha]^{25}_D$=+45.7° (c=1.0, methanol)

### Example 1- (e)

Compound No. 103 as obtained in Example 1-(c) (65.0 g) is treated in the same manner as in Example 1-(d) to give a (−)-isomer of Compound No. 101 in the form of hydrochloride, i.e. Compound No. 105. m.p., 268° C. $[\alpha]^{25}_D$=−45.8 (c=1.0, methanol).

### Example 2

Production of Compound No. 106:—

A solution of the compound (203) (90 mg; 0.25 mmol), sodium carbonate (90 rag; 0.85 mmol) and 3-(1-piperazinyl)-1,2-benzisothiazole (4) (180 mg; 0.82 mmol) in acetonitrile (5 ml) is refluxed for 30 hours. After removal of the solvent, chloroform is added to the reaction mixture. The resultant solution is washed with water, dried and concentrated. The residue is chromatographed on a silica gel column to give the objective compound (Compound No. 106).

$^1$H-NMR (CDCl$_3$) δ: 0.9–2.0 (14 H, m), 2.05–2.35 (3 H, m), 2.55 (2 H, s), 2.65 (4 H, brs), 2.75 (2 H, s), 3.55 (4 H, brs), 4.00 (1 H, m), 7.33–7.50 (2 H, m), 7.80 (1 H, d, J=8 Hz), 7.90 (1 H, d, J=8 Hz).

### Example 3

Production of Compound No. 107:—



(202)

5,532,372

**33**                                                                                    **34**

-continued



(107)    .HCl

A mixture of the compound (202) (0.1 g; 0.39 mmol), 3-(1-piperazinyl)-1,2-benzisothiazole (4) (0.129 g; 0.58 mmol), potassium carbonate (0.1 g; 0.72 mmol), potassium iodide (0.1 g; 0.60 mmol) and acetonitrile (5 ml) is refluxed for 5.5 hours. The reaction mixture is concentrated under reduced pressure, and chloroform is added to the residue, which is washed with water, dried and concentrated under reduced pressure. The residue is chromatographed on a silica gel thin layer to give the objective compound (Compound No. 107) in the form of hydrochloride. m.p., 207° C.

residue is chromatographed on a silica gel column and treated with hydrogen chloride-2-propanol to give the objective compound (Compound No. 108) in the form of hydrochloride. m.p., 208° to 210° C.

$^1$H-NMR (CDCl$_3$) δ: 1.08–2.1 (10 H, m), 2.2–2.68 (12 H, m), 3.5–3.6 (6 H, m), 7.30–7.48 (2 H, m), 7.80 (1 H, d, J=8.3 Hz), 7.90 (1 H, d, J=8.3 Hz).

Example 4

Production of Compound No. 108:—

Example 5

Production of Compound No. 109:—



(251)    (204)    (108)    .HCl

A solution of the compound (204) (1.18 g; 0.0030 mol), bicyclo[2.2.1]heptane-2-exo-3-exo-dicarboximide (251) (0.49 g); 0.0030 tool), potassium carbonate (0.41 g; 0.0030 mol) and dibenzo-18-crown-6-ether (10 mg) in xylene (30



(252)    (201)    .⁻OMs ⟶

(109)

ml) is refluxed for 20 hours. The reaction mixture is filtered, and the filtrate is concentrated under reduced pressure. The

5,532,372

**35**

A mixture of the compound (201) (0.46 g; 0.0011 mol), the compound (252) (0.20 g; 0.00099 mol), potassium carbonate (0.14 g; 0.0011 mol), dibenzo-18-crown-6-ether (1 mg) and dimethylformamide (5 ml) is refluxed for 6 hours, followed by concentration under reduced pressure. The residue is chromatographed on a silica gel column to give the objective compound (Compound No. 109).

$^1$H-NMR (CDCl$_3$) δ: 0.95–1.9 (15 H, m), 2.1–2.3 (2 H, m), 2.5–2.7 (5 H, m), 2.9 (2 H, brs), 3.33 (0.5 H, dd, J=10 and 14.6 Hz), 3.42 (0.5 H, dd, J=10 and 14.2 Hz), 4.12 (0.5 H, dd, J=4.6 and 14.2 Hz), 4.2 (0.5 H, dd, J=4.6 and 14.6 Hz), 7.27–7.49 (2 H, m), 7.80 (1 H, d, J=8 Hz), 7.91 (1 H, d, J=8 Hz).

EI-MS m/e: 528.

### Example 6

Production of Compound No. 110:—



To a solution of the compound (205) (0.7 g; 2.2 mmol), bicyclo[2.2.1]heptane-2-exo-3-exo-dicarboximide (251) (0.73 g; 4.4 mmol) and triphenylphosphine (0.69 g; 2.6 mmol) in tetrahydrofuran (50 ml), a solution of diethyl azodicarboxylate (0.11 g; 2.6 mmol), in tetrahydrofuran (10

**36**

the objective compound (Compound No. 110). m.p., 200° to 201° C.

$^1$H-NMR (CDCl$_3$) δ: 1.05–1.7 (10 H, m), 2.05–2.25 (2 H, m), 2.25–2.35 (1 H, m), 2.5–2.75 (10 H, m), 3.5–3.7 (4 H, m), 3.95–4.1 (1 H, m), 7.32–7.49 (2 H, m), 7.81 (1 H, d, J=8 Hz), 7.92 (1 H, d, J=8 Hz).

### Example 7

Production of Compound No. 111:—



ml) is dropwise added at room temperature, followed by stirring at the same temperature for 3 hours. The reaction mixture is concentrated under reduced pressure, and the residue is chromatographed on a silica gel column to give

A mixture of cyclohexane-1,2-dicarboximide (253) (2 g; 0.013 mol), trans-1,2-bis (methanesulfonyloxymethyl) cyclohexane (3) (5.88 g; 0.02 tool), potassium carbonate (1.8 g; 0.013 tool) and acetonitrile (50 ml) is refluxed for 2.5

5,532,372

| 37 | 38 |
|---|---|

hours. To the reaction mixture, there is added 6-fluoro-3-(4-piperidinyl)-1 H-indazole (268) (4.39 g; 0.02 tool), and the mixture is refluxed for additional 6 hours. The reaction mixture is filtered, and the filtrate is concentrated under reduced pressure. The residue is chromatographed on a silica gel column and treated with hydrogen chloride-2-propanol to give the objective compound (Compound No. 111) in the form of hydrochloride. m.p., 169° to 170° C.

$^1$H-NMR (CDCl$_3$) δ: 1.0–2.2 (25 H, m), 2.5–2.6 (1 H, m), 2.8–2.9 (2 H, m), 2.9–3.1 (3 H, m), 3.2–3.4 (1 H, m), 3.96 (1 H, dd, J=4 and 13 Hz), 6.85–6.93 (1 H, m), 7.07 (1 H, dd, J=2 and 9 Hz), 7.71 (1 H, dd, J=5 and 9 Hz), 9.78 (1 H, brs).

Examples 8 to 72

In the same manner as in Examples 1 to 7, the compounds as shown in Table 9 are obtained. The physical constants of these compounds are given in Table 10.

TABLE 9

| Example No. | Starting Compound No. | Objective Compound No. | Structure |
|---|---|---|---|
| 8 | 253 + 201 | 112 | |
| 9 | 253 + 206 | 113 | |
| 10 | 251 + 208 | 114 | |
| 11 | 254 + 201 | 115 | |
| 12 | 255 + 201 | 116 | |
| 13 | 256 + 201 | 117 | |

5,532,372

39                                                40

TABLE 9-continued

| Ex-ample No. | Starting Compound No. | Objective Compound No. | Structure |
|---|---|---|---|
| 14 | 257 + 201 | 118 |  |
| 15 | 258 + 201 | 119 |  |
| 16 | 259 + 201 | 120 |  |
| 17 | 260 + 201 | 121 |  |
| 18 | 261 + 201 | 122 |  |
| 19 | 262 + 201 | 123 |  |
| 20 | 263 + 201 | 124 |  |
| 21 | 264 + 201 | 125 |  |

5,532,372

41

42

TABLE 9-continued

| Example No. | Starting Compound No. | Objective Compound No. | Structure |
|---|---|---|---|
| 22 | 251 + 206 | 126 |  |
| 23 | 251 + 210 | 127 |  |
| 24 | 253 + 210 | 128 |  |
| 25 | 251 + 211 | 129 |  |
| 26 | 253 + 211 | 130 |  |
| 27 | 251 + 212 | 132 |  |
| 28 | 253 + 212 | 132 |  |
| 29 | 251 + 213 | 133 |  |

5,532,372

**43**                                                                          **44**

TABLE 9-continued

| Ex-ample No. | Starting Compound No. | Objective Compound No. | Structure |
|---|---|---|---|
| 30 | 253 + 213 | 134 |  |
| 31 | 251 + 207 | 135 |  |
| 32 | 253 + 207 | 136 |  |
| 33 | 251 + 214 | 137 |  |
| 34 | 253 + 214 | 138 |  |
| 35 | 251 + 215 | 139 |  |
| 36 | 253 + 215 | 140 |  |

5,532,372

45                                                            46

TABLE 9-continued

| Ex-ample No. | Starting Compound No. | Objective Compound No. | Structure |
|---|---|---|---|
| 37 | 251 + 216 | 141 |  |
| 38 | 253 + 216 | 142 |  |
| 39 | 251 + 217 | 143 |  |
| 40 | 253 + 217 | 144 |  |
| 41 | 251 + 218 | 145 |  |
| 42 | 253 + 218 | 146 |  |
| 43 | 251 + 219 | 147 |  |

5,532,372

47            48

TABLE 9-continued

| Ex-ample No. | Starting Compound No. | Objective Compound No. | Structure |
|---|---|---|---|
| 44 | 253 + 219 | 148 |  |
| 45 | 251 + 220 | 149 |  |
| 46 | 253 + 220 | 150 |  |
| 47 | 251 + 221 | 151 |  |
| 48 | 253 + 221 | 152 |  |
| 49 | 251 + 222 | 153 |  |
| 50 | 253 + 222 | 154 |  |

5,532,372

**49**                                                                    **50**

TABLE 9-continued

| Ex-ample No. | Starting Compound No. | Objective Compound No. | Structure |
|---|---|---|---|
| 51 | 251 + 227 | 155 | |
| 52 | 253 + 227 | 156 | |
| 53 | 209 + 4 | 157 | |
| 54 | 209 + 265 | 158 | |
| 55 | 202 + 265 | 159 | |
| 56 | 202 + 266 | 160 | |
| 57 | 202 + 267 | 161 | |
| 58 | 225 + 4 | 162 | |

5,532,372

51                                                      52

TABLE 9-continued

| Ex-ample No. | Starting Compound No. | Objective Compound No. | Structure |
|---|---|---|---|
| 59 | 225 + 265 | 163 |  |
| 60 | 253 + 204 | 164 |  |
| 61 | 253 + 205 | 165 |  |
| 62 | 251 + 3 + 268 | 166 |  |
| 63 | 253 + 3 + 269 | 167 |  |
| 64 | 251 + 3 + 269 | 168 |  |
| 65 | 253 + 3 + 267 | 169 |  |
| 66 | 251 + 3 + 267 | 170 |  |

5,532,372

**53** **54**

TABLE 9-continued

| Example No. | Starting Compound No. | Objective Compound No. | Structure |
|---|---|---|---|
| 67 | 251 + 224 | 171 |  |
| 68 | 253 + 224 | 172 |  |
| 69 | 251 + 223 | 173 |  |
| 70 | 253 + 223 | 174 |  |
| 71 | 253 + 228 | 175 |  |
| 72 | 251 + 228 | 176 |  |

TABLE 10

| Example No. | Compound No. | Melting point (°C.) | ¹H-NMR (CDCl₃) δ (free form) |
|---|---|---|---|
| 8 | 112 | 140 | |
| 9 | 113 | 145–150 | |
| 10 | 114 | 230 | |
| 11 | 115 | 107–110 | 0.92–1.9(10H, m), 2.19–2.26(3H, m), 2.58–2.64(7H, m), 3.07(2H, t, J=3Hz), 3.32(1H, dd, J=13 and 10 Hz), 3.52(4H, t, J=4Hz), 3.91(1H, dd, J=13 and 4Hz), 5.90(2H, t, J=3Hz), 7.32–7.49(2H, m), 7.78–7.92 |

TABLE 10-continued

| Example No. | Compound No. | Melting point (°C.) | ¹H-NMR (CDCl₃) δ (free form) |
|---|---|---|---|
| | | | (2H, m). |
| 12 | 116 | 231–233 | 1.03–1.91(16H, m), 2.24(1H, dd, J=12 and 7Hz), 2.60–2.76(7H, m), 3.07(2H, t, J=2Hz), 3.32(1H, dd, J=13 and 10Hz), 3.52(4H, t, J=5Hz), 3.95(2H, dd, J=13 and 4Hz), 7.32–7.49(2H, m), 7.78–7.92(2H, m). |
| 13 | 117 | 212–214 | 0.96–1.9(18H, m), 2.24(1H, dd, J=12 and 7Hz), 2.53– |

5,532,372

55

56

TABLE 10-continued

TABLE 10-continued

| Example No. | Compound No. | Melting point (°C.) | ¹H-NMR (CDCl₃) δ (free form) |
|---|---|---|---|
| | | | 2.65(9H, m), 3.53(4H, t, J=5Hz), 3.77(1H, dd, J=13 and 10Hz), 4.07(1H, dd, J=13 and 4Hz), 7.32–7.49(2H, m), 7.78–7.92(2H, m). |
| 14 | 118 | 124–125 | 0.85–1.9(16H, m), 2.23(1H, dd, J=12 and 7Hz), 2.44–2.66(9H, m), 3.52(4H, t, J=5Hz), 3.78(1H, dd, J=13 and 10Hz), 4.10(1H, dd, J=13 and 4Hz), 7.32–7.49(2H, m), 7.78–7.92(2H, m). |
| 15 | 119 | 217–219 | 0.9–1.9(14H, m), 2.24(1H, m), 2.63(5H, brs), 2.86(2H, s), 3.32(1H, dd, J=13 and 10Hz), 3.52(4H, brs), 3.90(1H, brd, J=9Hz), 4.87(2H, s), 7.32–7.48(2H, m), 7.78–7.92(2H, m). |
| 16 | 120 | 118–120 | 1.9–2.0(20H, m), 2.1–2.3(3H, m), 2.4–2.5(1H, m), 2.5–2.8(5H, m), 2.96(1H, d, J=18Hz), 3.32(1H, dd, J=10 and 13Hz), 3.5–3.6(4H, m), 3.88–3.94(1H, m), 7.32–7.49(2H, m), 7.79–7.92(2H, m). |
| 17 | 121 | 173–174 | 1.15(6H, s), 1.0–2.0(18H, m), 2.2–2.3(1H, m), 2.5–2.7(5H, m), 3.3(1H, t, J=11Hz), 3.5–3.6(4H, m), 3.8(1H, d, J=13Hz), 7.33–7.49(2H, m), 7.79–7.93(2H, m). |
| 18 | 122 | 146–147 | 0.8–1.8(14H, m), 1.8–1.9(1H, m), 2.2–2.3(1H, m), 2.5–2.7(4H, m), 2.85(2H, m), 3.1–3.2(2H, m), 3.25(1H, dd, J=10 and 13Hz), 3.45–3.6(4H, m), 3.85(1H, dd, J=3 and 13Hz), 6.14–6.2(2H, m), 7.33–7.49(2H, m), 7.79–7.92(2H, m). |
| 19 | 123 | 157–158 | 1.0–1.8(17H, m), 1.9–2.0(1H, m), 2.1–2.2(2H, m), 2.25(1H, dd, J=7 and 13Hz), 2.6–2.7(5H, m), 2.8(2H, s), 3.38(1H, dd, J=10 and 13Hz), 3.5–3.6(4H, m), 4.0(1H, dd, J=3 and 13Hz), 7.32–7.49(2H, m), 7.79–7.93(2H, m). |
| 20 | 124 | 160–162 | 1.0–2.0(10H, m), 2.29(1H, dd, J=13 and 7Hz), 3.48–3.54(5H, m), 4.16(1H, dd, J=13 and 4Hz), 7.33–7.49 (2H, m), 7.70–7.94(6H, m). |
| 21 | 125 | 183–184 | 0.8–1.8(13H, m), 1.9–2.0(1H, m), 2.2–2.4(5H, m), 2.6–2.7(4H, m), 3.3(1H, dd, J=10 and 13Hz), 3.5–3.6(4H, m), 3.89–3.93(1H, m), 7.32–7.49(2H, m), 7.79–7.93(2H, m). |
| 22 | 126 | 235–236 | 1.1–1.7(12H, m), 1.8–2.1(4H, m), 2.3–2.75(10H, m), 3.35–3.6(6H, m), 7.32–7.49(2H, m), 7.80(1H, d, J=8Hz), 7.91(1H, d, J=8Hz). |
| 23 | 127 | 107–110 | 0.8–2.0(22H, m), 2.07(1H, dd, J=7 and 13Hz), 2.46(1H, dd, J=6 and 13Hz), 2.58(2H, s), 2.67(2H, brs), 2.75–3.0(3H, m), 3.25(1H, dd, J=10 and 13Hz), 3.84(1H, dd, J=4 and 13Hz), 6.9–7.1(2H, m), 7.3–7.5(2H, m). |

| Example No. | Compound No. | Melting point (°C.) | ¹H-NMR (CDCl₃) δ (free form) |
|---|---|---|---|
| 24 | 128 | 169–171 | 0.8–2.0(22H, m), 2.07(1H, dd, J=7 and 12Hz), 2.45(1H, dd, J=7 and 12Hz), 2.7–3.0(7H, m), 3.26(1H, dd, J=10 and 13Hz), 3.84(1H, dd, J=4 and 14Hz), 6.95–7.02(2H, m), 7.36–7.43(2H, m). |
| 25 | 129 | 115–117 | 0.8–2.0(20H, m), 2.0–2.3(3H, m), 2.51(1H, dd, J=6 and 12Hz), 2.59(2H, s), 2.70(4H, brs), 3.28(1H, dd, J=10 and 13Hz), 3.88(1H, dd, J=4 and 13Hz), 4.17(1H, m), 6.8–7.0(4H, m). |
| 26 | 130 | 145–148 | 0.8–2.0(22H, m), 2.0–2.3(3H, m), 2.51(1H, dd, J=6 and 12Hz), 2.6–2.9(4H, m), 3.31(1H, dd, J=10 and 13Hz), 3.89(1H, dd, J=4 and 13Hz), 4.17(1H, m), 6.75–7.0(4H, m). |
| 27 | 131 | 121–123 | 0.9–1.8(15H, m), 1.8–1.95(1H, m), 1.95–2.15(6H, m), 2.17(1H, dd, J=7 and 13Hz), 2.56(1H, dd, J=6 and 12Hz), 2.60(2H, s), 2.70(2H, s), 2.9–3.1(3H, m), 3.30(1H, dd, J=10 and 13Hz), 3.91(1H, dd, J=4 and 13Hz), 7.04(1H, dt, J=2 and 9Hz), 7.23(1H, dd, J=2 and 9Hz), 7.68(1H, dd, J=5 and 8Hz). |
| 28 | 132 | 104–107 | 0.9–2.0(18H, m), 2.0–2.2(6H, m), 2.17(1H, dd, J=7 and 13Hz), 2.56(1H, dd, J=6 and 13Hz), 2.8–2.9(2H, m), 2.95–3.1(3H, m), 3.33(1H, dd, J=10 and 14Hz), 3.92(1H, dd, J=4 and 13Hz), 7.05(1H, dt, J=2 and 9Hz), 7.23(1H, dd, J=3 and 9Hz), 7.68(1H, m). |
| 29 | 133 | 161–163 | 0.9–1.75(15H, m), 1.8–1.95(1H, m), 2.18(1H, dd, J=7 and 13Hz), 2.4–2.65(7H, m), 2.69(1H, brs), 3.29(1H, dd, J=10 and 13Hz), 3.50(4H, t, 5Hz), 3.90(1H, dd, J=4 and 13Hz), 6.55–6.7(2H, m), 7.46(1H, m), 7.46(1H, m). |
| 30 | 134 | 106–108.5 | 0.9–2.0(18H, m), 2.18(1H, dd, J=7 and 13Hz), 2.4–2.6(5H, m), 2.75–2.9(2H, m), 3.32(1H, dd, J=10 and 13Hz), 3.50(4H, t, J=5Hz), 3.90(1H, dd, J=4 and 13Hz), 6.55–6.7(2H, m), 7.45(1H, m), 8.17(1H, m). |
| 31 | 135 | 145–147 | 0.9–1.75(15H, m), 1.8–1.95(1H, m), 2.16(1H, dd, J=7 and 13Hz), 2.35–2.65(7H, m), 2.70(2H, brs), 3.30(1H, dd, J=10 and 13Hz), 3.78(4H, t, J=5Hz), 3.88(1H, dd, J=4 and 13Hz), 6.46(1H, t, J=5Hz), 8.29(2H, d, J=5Hz). |
| 32 | 136 | 92–94 | 0.9–2.0(18H, m), 2.17(1H, dd, J=7 and 12Hz), 2.35–2.55(4H, m), 2.54(1H, dd, J=6 and 13Hz), 2.75–2.9(2H, m), 3.32(1H, dd, J=10 and 13Hz), 3.79(4H, t, J=5Hz), 3.89(1H, dd, J=4 and 14Hz), 6.46(1H, t, J=5Hz), 8.29(2H, d, J=5Hz). |

5,532,372

| 57 | 58 |
|----|----|

TABLE 10-continued

| Example No. | Compound No. | Melting point (°C.) | ¹H-NMR (CDCl₃) δ (free form) |
|---|---|---|---|
| 33 | 137 | 134–136.5 | 0.9–1.8(15H, m), 1.8–1.95 (1H, m), 2.18(1H, dd, J=7 and 12Hz), 2.45–2.65 (7H, m), 2.70(2H, brs), 3.16(4H, m), 3.29(2H, dd, J=10 and 13Hz), 3.89(1H, dd, J=4 and 13Hz), 6.7–6.9(3H, m), 7.15(1H, m). |
| 34 | 138 | 89–91.5 | 0.9–2.0(18H, m), 2.19(1H, dd, J=7 and 13Hz), 2.45–2.65(5H, m), 2.84(2H, m), 3.16(4H, m), 3.32(1H, dd, J=10 and 13Hz), 3.9(1H, dd, J=7 and 13Hz), 6.7–6.9 (3H, m), 7.15(1H, m). |
| 35 | 139 | 185–186 | 0.9–1.75(15H, m), 1.75–1.95(1H, m), 2.21(1H, dd, J=7 and 13Hz), 2.5–2.75(9H, m), 3.14(4H, m), 3.30(1H, dd, J=10 and 13Hz), 3.91(1H, dd, J=4 and 13Hz), 6.68(1H, m), 6.99(1H, dd, J=2 and 9Hz), 7.08(1H, d, J=2Hz), 7.38(1H, d, J=9Hz), 7.56 (1H, d, J=2Hz). |
| 36 | 140 | 147.5–149 | 0.9–2.0(18H, m), 2.22(1H, dd, J=7 and 13Hz), 2.5–2.7(5H, m), 2.84(2H, m), 3.14 (4H, m), 3.33(1H, dd, J=10 and 13Hz), 3.92(1H, dd, J=4 and 13Hz), 6.68(1H, m), 6.99 (1H, dd, J=3 and 9Hz), 7.09 (1H, d, J=2Hz), 7.38(1H, d, J=9Hz), 7.56(1H, d, J=2Hz). |
| 37 | 141 | 106–107 | 1.0–1.8(16H, m), 1.9–2.0 (1H, m), 2.27(1H, dd, J=6 and 13Hz), 2.5–2.8(8H, m), 3.0–3.2(4H, m), 3.3(1H, dd, J=10 and 13Hz), 3.94(1H, dd, J=4 and 13Hz), 7.07(1H, d, J=7Hz), 7.36–7.55(4H, m), 7.8–7.9(1H, m), 8.18– 8.21(1H, m). |
| 38 | 142 | 100–101.5 | 1.0–2.0(19H, m), 2.26(1H, dd, J=7 and 12Hz), 2.6–2.9 (6H, m), 3.0–3.2(4H, m), 3.36(1H, dd, J=10 and 13Hz), 3.95(1H, dd, J=4 and 13Hz), 7.07(1H, d, J=7Hz), 7.36–7.55(4H, m), 7.8–7.83 (1H, m), 8.18–8.21(1H, m). |
| 39 | 143 | 106–107 | 1.0–1.7(14H, m), 1.8–1.9 (1H, m), 2.12(1H, dd, J=7 and 13Hz), 2.3–2.6(10H, m), 2.59(2H, s), 2.69(2H, s), 3.29(1H, dd, J=10 and 13Hz), 3.86(1H, dd, J=3 and 13Hz), 6.9–7.1(8H, m). |
| 40 | 144 | 100–101.5 | 1.0–2.0(18H, m), 2.13(1H, dd, J=7 and 13Hz), 2.3–2.6 (9H, m), 2.8–2.9(2H, m), 3.31(1H, dd, J=4 and 10Hz), 3.87(1H, dd, J=4 and 13Hz), 6.93–7.07(8H, m). |
| 41 | 145 | 79–80 | 0.9–1.7(16H, m), 1.8–1.9 (1H, m), 2.21–2.29(1H, m), 2.5–2.75(8H, m), 2.9–3.1 (4H, m), 3.2–3.3(1H, m), 3.86(3H, s), 3.9–4.0(1H, m), 6.8–7.0(4H, m). |
| 42 | 146 | 78–79 | 0.9–2.0(18H, m), 2.21(1H, dd, J=12 and 7Hz), 2.5– 2.6(5H, m), 2.7–2.8(2H, m), 2.9–3.1(4H, m), 3.32 (1H, dd, J=13 and 10Hz), |

| Example No. | Compound No. | Melting point (°C.) | ¹H-NMR (CDCl₃) δ (free form) |
|---|---|---|---|
| | | | 3.86(3H, s), 3.9–4.0(1H, m), 6.8–7.0(4H, m). |
| 43 | 147 | 187–188 | 1.0–1.75(15H, m), 1.8–2.0 (1H, m), 2.21(1H, dd, J=12 and 7Hz), 2.5–2.8(9H, m), 3.31(1H, dd, J=13 and 10Hz), 3.45–3.65(4H, m), 3.92 (1H, dd, J=13 and 4Hz), 6.75 (1H, s), 7.22–7.28(1H, m), 7.46–7.59(2H, m), 7.77(1H, d, J=8Hz), 8.93(1H, s). |
| 44 | 148 | 139–140 | 0.9–2.0(18H, m), 2.2(1H, dd, J=12 and 7Hz), 2.5–2.7 (5H, m), 2.8–2.95(2H, m), 3.3(1H, dd, J=13 and 10Hz), 3.45–3.65(4H, m), 3.93(1H, dd, J=9 and 4Hz), 6.75(1H, s), 7.22–7.28(1H, m), 7.46– 7.6(2H, m), 7.78(1H, d, J= 8Hz), 8.93(1H, s). |
| 45 | 149 | 268–270 | 1.0–2.0(16H, m), 2.27(1H, dd, J=12 and 7Hz), 2.6– 2.9(9H, m), 3.3–3.5(5H, m), 3.94(1H, dd, J=13 and 4Hz), 7.11–7.15(1H, m), 7.3–7.5 (3H, m), 8.1(1H, d, J=8Hz), 8.87–8.89(1H, m). |
| 46 | 150 | 108–109 | 1.0–2.0(18H, m), 2.28(1H, dd, J=7 and 12Hz), 2.6–2.9 (7H, m), 3.3–3.5(5H, m), 3.95(1H, dd, J=13 and 4Hz), 7.11–7.15(1H, m), 7.34–7.47(3H, m), 8.1(1H, dd, J=8 and 2Hz), 8.87(1H, dd, J=4 and 2Hz). |
| 47 | 151 | 94–97 | 1.1–2.0(14H, m), 2.3–2.4 (2H, m), 2.5–2.71(8H, m), 3.42(1H, dd, J=13 and 9Hz), 3.54(4H, t, J=5Hz), 3.35 (1H, dd, J=5 and 13Hz), 7.32–7.49(2H, m), 7.81(1H, d, J=8Hz), 7.91(1H, d, J=8Hz). |
| 48 | 152 | 91–93 | 1.28–2.1(16H, m), 2.35(2H, m), 2.6–2.71(4H, m), 2.8– 2.9(2H, m), 3.44(1H, dd, J= 13 and 9Hz), 3.54(4H, t, J= 5Hz), 3.66(1H, dd, J=13 and 6Hz), 7.32–7.49(2H, m), 7.78–7.93(2H, m). |
| 49 | 153 | 195–197 | 1.0–1.75(13H, m), 1.8–2.05 (3H, m), 2.15(1H, brs), 2.2– 2.5(2H, m), 2.5–2.8(7H, m), 3.3–3.65(5H, m), 3.83(1H, dd, J=3 and 13Hz), 7.30– 7.50(2H, m), 7.8(1H, d, J= 8Hz), 7.91(1H, d, J=8Hz). |
| 50 | 154 | 164–167 | 1.0–1.25(3H, m), 1.3–2.1 (14H, m), 2.16(1H, brs), 2.2–2.45(2H, m), 2.55–2.75 (4H, m), 2.75–2.95(2H, m), 3.35–3.65(5H, m), 3.84(1H, dd, J=4 and 13Hz), 7.3–7.5 (2H, m), 7.8(1H, d, J=8Hz), 7.91(1H, d, J=8Hz). |
| 51 | 155 | 136–138 | 0.9–1.75(15H, m), 1.8–1.95 (1H, m), 2.23(1H, dd, J=7 and 12Hz), 2.5–2.8(9H, m), 3.2–3.4(5H, m), 3.92(1H, dd, J=4 and 13Hz), 6.7–6.8 (2H, m), 7.05–7.25(2H, m), 7.60(1H, d, J=2Hz). |
| 52 | 156 | 120–123 | 0.9–2.0(18H, m), 2.24(1H, dd, J=7 and 13Hz), 2.5– 2.75(5H, m), 2.75–2.95(2H, m), 3.2–3.4(5H, m), 3.93 |

5,532,372

**59**

**60**

TABLE 10-continued

| Example No. | Compound No. | Melting point (°C.) | $^1$H-NMR (CDCl$_3$) δ (free form) |
|---|---|---|---|
| | | | (1H, dd, J=4 and 13Hz), 6.7–6.8(2H, m), 7.05–7.25 (2H, m), 7.60(1H, d, J=2Hz). |
| 53 | 157 | | 1.0(1H, m), 1.3–1.9(15H, m), 2.10(1H, m), 2.30(2H, brs), 2.80(2H, m), 2.65(4H, brs), 3.55(4H, brs), 4.00 (1H, m), 7.33–7.49(2H, m), 7.80(1H, d, J=8Hz), 7.90 (1H, d, J=8Hz). |
| 54 | 158 | | 0.95(1H, m), 1.3–1.9(15H, m), 2.10(1H, m), 2.20(2H, brs), 2.45(4H, brs), 2.80 (2H, m), 3.80(4H, brs), 4.00 (1H, m), 6.48(1H, t, J=4.6Hz), 8.35(2H, d, J=4.6Hz). |
| 55 | 159 | 92 | |
| 56 | 160 | 107 | |
| 57 | 161 | 190–192 | |
| 58 | 162 | 238 | |
| 59 | 163 | 252 | |
| 60 | 164 | 141–143 | 1.4–2.1(12H, m), 2.30–2.51 (4H, m), 2.62(4H, t, J=5Hz), 2.8–2.9(2H, brs), 3.51–3.60(6H, m), 7.31–7.48(2H, m), 7.79(1H, d, J=8.3Hz), 7.90(1H, d, J=8.3Hz). |
| 61 | 165 | 212–213 | 1.25–1.95(14H, m), 2.05–2.35(3H, m), 2.5–2.85(8H, m), 3.55–3.7(4H, m), 3.9–4.1(1H, m), 7.32–7.49(2H, m), 7.81(1H, d, J=8Hz), 7.93(1H, d, J=8Hz). |
| 62 | 166 | 143–145 | 0.9–2.2(23H, m), 2.5–2.6 (1H, m), 2.6(2H, s), 2.7(2H, s), 2.9–3.1(3H, m), 3.3(1H, dd, J=13 and 10Hz), 4.0(1H, dd, J=13 and 4Hz), 6.85–6.93(1H, m), 7.07(1H, dd, J= 2 and 9Hz), 7.7(1H, dd, J= 5 and 9Hz), 9.79(1H, brs). |
| 63 | 167 | 215–216 | 1.0–2.2(28H, m), 2.5–2.6 (1H, m), 2.7–3.1(5H, m), 3.34(1H, dd, J=13 and 10Hz), 3.9(1H, dd, J=13 and 4Hz), 6.95(1H, d, J=1Hz), 7.06–7.21(2H, m), 7.36(1H, d, J=8Hz), 7.64(1H, d, J= 8Hz), 7.97(1H, brs). |
| 64 | 168 | 180–181 | 0.9–2.2(24H, m), 2.52–2.58 (1H, m), 2.59(2H, s), 2.7(2H, s), 2.75–2.85(1H, m), 2.9–3.1(2H, m), 3.31(1H, dd, J= 10 and 13Hz), 3.9(1H, dd, J= 4 and 13Hz), 6.94(1H, d, J= 1Hz), 7.06–7.2(2H, m), 7.34 (1H, d, J=8Hz), 8.0(1H, brs). |
| 65 | 169 | 209–210 | 0.9–2.2(25H, m), 2.5–2.6 (1H, m), 2.8–3.4(6H, m), 3.9–4.0(1H, m), 7.1–7.17 (2H, m), 7.94–7.99(2H, m). |
| 66 | 170 | 129–130 | 0.9–2.2(21H, m), 2.45–2.6 (1H, m), 2.6(2H, s), 2.7(2H, s), 2.9–3.35(4H, m), 3.85–3.95(1H, m), 7.17–7.17(2H, m), 7.94–7.99(2H, m). |
| 67 | 171 | 186–187 | 1.0–1.4(4H, m), 1.65–1.75 (2H, m), 1.9–2.0(2H, m), 2.6–2.8 (8H, m), 3.5–3.65(5H, m), 3.83(1H, d, J=12Hz), 3.8–3.9(1H, m), 4.62(1H, brs), 4.90(1H, brs), 6.22(1H, dd, J=1.6 and 6Hz), 6.38(1H, dd, J=1.6 and 6Hz), 7.33– |

TABLE 10-continued

| Example No. | Compound No. | Melting point (°C.) | $^1$H-NMR (CDCl$_3$) δ (free form) |
|---|---|---|---|
| | | | 7.50(2H, m), 7.81(1H, d, J= 8Hz), 7.91(1H, d, J=8Hz). |
| 68 | 172 | 124–125 | 1.3–2.0(10H, m), 2.5–2.6 (2H, m), 2.6–2.8(4H, m), 2.8–3.0(2H, m), 3.5–3.7 (5H, m), 3.86(1H, d, J=14Hz), 4.63(1H, brs), 4.9(1H, brs), 6.22(1H, dd, J=1.7 and 6Hz), 6.38(1H, brd, J= 6Hz), 7.33–7.50(2H, m), 7.82(1H, d, J=8Hz), 7.92 (1H, d, J=8Hz). |
| 69 | 173 | 119–120 | 1.1–1.75(6H, m), 1.8–2.2 (6H, m), 2.3–2.8(10H, m), 3.4–3.65(6H, m), 5.6–5.7 (2H, m), 7.33–7.49(2H, m), 7.81(1H, d, J=8Hz), 7.92 (1H, d, J=8Hz). |
| 70 | 174 | 89–90 | 1.35–2.25(14H, m), 2.3–2.9 (8H, m), 3.4–3.7(6H, m), 5.5–5.7(2H, m), 7.33–7.49 (2H, m), 7.81(1H, d, J=8Hz), 7.92(1H, d, J=8Hz). |
| 71 | 175 | 149–151 | 1.2–1.9(16H, m), 2.2–2.45 (4H, m), 2.55–2.7(4H, m), 2.8–2.9(2H, m), 3.5–3.8 (6H, m), 7.32–7.49(2H, m), 7.80(1H, d, J=8Hz), 7.91 (1H, d, J=8Hz). |
| 72 | 176 | 189–191 | 1.1–1.9(4H, m), 2.2–2.7 (12H, m), 3.5–3.8(6H, m), 7.33–7.49(2H, m), 7.8(1H, d, J=8Hz), 7.91(1H, dd, J=8Hz). |

What is claimed is:

1. An imide compound of the formula:

$$Z-D-N \underset{\diagdown}{\overset{\diagup}{\phantom{xxx}}} G-Ar$$

wherein Z is a group of the formula:



in which B is a carbonyl group or a sulfonyl group, $R^1$, $R^2$, $R^3$ and $R^4$ are each a hydrogen atom or an alkyl group having 1–4 carbon atoms with a proviso that $R^1$ and $R^2$ or $R^1$ and $R^3$ are combined together to make a non-aromatic hydrocarbon ring having at most 7 carbon atoms and being un-substituted or substituted with at least one alkyl group having 1–4 carbon atoms, and n is an integer of 0 or 1;

D is a group of the formula:

$$-(CH_2)_p-A-(CH_2)_q-$$

in which A is a non-aromatic hydrocarbon ring having at most 7 carbon atoms or a non-aromatic hydrocarbon ring having at most 7 carbon atoms which is bridged with an alkylene group having not more than 3 carbon atoms or an oxygen atom, and p and q are each an integer of 0, 1 or 2;

5,532,372

61

Ar is a benzisothiazolyl group being unsubstituted or substituted with at least one of an alkyl group having 1–4 carbon atoms, an alkoxy group having 1–4 carbon atoms and a halogen atom; and G is >N—; or an acid addition salt thereof.

2. The imide compound according to claim 1, wherein said non-aromatic hydrocarbon ring in Z is further bridged with an alkylene group having 1–3 carbon atoms and being un-substituted or substituted with at least one alkyl group having 1–4 carbon atoms, or an oxygen atom; or an acid addition salt thereof.

3. The imide compound according to claim 1, wherein said non-aromatic hydrocarbon ring in D is further bridged with an alkylene group having 1–3 carbon atoms and being unsubstituted or substituted with at least one alkyl group having 1–4 carbon atoms, or an oxygen atom; or an acid addition salt thereof.

4. The imide compound according to claim 1, wherein said non-aromatic hydrocarbon rings in Z and D are further bridged with an alkylene group having 1–3 carbon atoms and being unsubstituted or substituted with at least one alkyl group having 1–4 carbon atoms, or an oxygen atom; or an acid addition salt thereof.

5. The imide compound according to claim 1, wherein Z is one of the following formulas:



(Z-1)

wherein L is —CH$_2$—CH$_2$—or —CH=CH—, E is an alkylene group having not more than 3 carbon atoms and being un-substituted or substituted with an alkyl group having not more than 4 carbon atoms or an oxygen atom, R$^5$ is a hydrogen atom or an alkyl group having not more than 4 carbon atoms and B is a carbonyl group or a sulfonyl group;



(Z-2)

wherein L, E, R$^5$ and B are each as defined above;



(Z-3)

wherein R$^6$, R$^7$, R$^8$, R$^9$, R$^{10}$, R$^{11}$, R$^{12}$, R$^{13}$, R$^{14}$ and R$^{15}$ are each a hydrogen atom or an alkyl group having not more than 4 carbon atoms, or two of those present at the neighboring positions each other may be combined together to make a bond and B is as defined above; and

62



(Z-4)

wherein R$^4$ is a hydrogen atom or an alkyl group having not more than 4 carbon atoms, R$^{16}$ and R$^{17}$ are combined together to make a saturated hydrocarbon ring having not more than 7 carbon atoms, and B is as defined above; or an acid addition salt thereof.

6. An imide compound of the formula:



wherein

Z is a group of the formula:



wherein L is —CH$_2$—CH$_2$—or —CH=CH—, E is an alkylene group having not more than 3 carbon atoms;

D is a group of the formula:

—(CH$_2$)$_p$—A—(CH$_2$)$_q$—

wherein A is a cycloalkane ring having not more than 7 carbon atoms or a cycloalkane ring having not more than 7 carbon atoms which is bridged with an alkylene group having not more than 3 carbon atoms, or an oxygen atom, p and q are each an integer of 0, 1 or 2;

Ar is a benzisothiazolyl group; and

G is >N—

or an acid addition salt thereof.

7. The imide compound according to claim 7, wherein said cycloalkane ring in D is further bridged with an alkylene group having 1–3 carbon atoms; or an acid addition salt thereof.

8. The imide compound according to claim 7 or 8, wherein Z is a group of the formula:



wherein E is a methylene group or an ethylene group; or an acid addition salt thereof.

9. The imide compound according to claim 7 or 8, wherein D is a group of the formula:

—CH$_2$—A—CH$_2$—

wherein A is as defined above; or an acid addition salt thereof.

5,532,372

**63**                                                                                   **64**

10. The imide compound according to claim **10**, wherein A is a cyclohexane ring; or an acid addition salt thereof.

11. The imide compound of the formula:



Z—D—N        G—Ar

wherein

Z is a group of the formula:

E     N—

wherein E is a methylene group or an ethylene group;

D is a group of the formula:

—CH₂—A—CH₂—

wherein A is a cycloalkane ring having not more than 7 carbon atoms or a cycloalkane ring having not more than 7 carbon atoms which is bridged with an alkylene group having not more than 3 carbon atoms, or an oxygen atom;

Ar is a benzisothiazolyl group; and

G is >N—; or an acid addition salt thereof.

12. The imide compound according to claim **14**, wherein E is a methylene group; or an acid addition salt thereof.

13. The imide compound according to claim **14** or **15**, wherein A is a 1,2-cyclohexane-diyl group; or an acid addition salt thereof.

14. The imide compound of the formula:

or an acid addition salt thereof.

15. The imide compound of the formula:

.HCl.

16. The imide compound of one of the following formulae:

5,532,372

65                                                                 66



**17**. The imide compound of the formula:



20

or an acid addition salt thereof.

**18**. The imide compound of the formula:



or an acid additional salt thereof.

**19**. The imide compound of the formula:



45

or an acid addition salt thereof.

**20**. The imide compound according to claim **1**, wherein said non-aromatic hydrocarbon ring and said alkylene group in the definition of A are each substituted with at least one alkyl group having 1–4 carbon atoms.

50

\*   \*   \*   \*   \*

55

60

65

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 5,532,372                                    Page 1 of 2
APPLICATION NO. : 08/113320
DATED              : July 2, 1996
INVENTOR(S)      : Ikutaro Saji et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Col. 62 Line 45-49 in Claim 7, the line reading "The imide compound according to claim 7, wherein" should read --The imide compound according to claim 6, wherein--.

Col. 62 Line 49-50 in Claim 8, the line reading "The imide compound according to claim 7 or 8," should read --The imide compound according to claim 6 or 7,--.

Col. 62 Line 61-62 in Claim 9, the line reading "The imide compound according to claim 7 or 8," should read --The imide compound according to claim 6 or 7,--.

Col. 63 Line 1-2 in Claim 10, the line reading "The imide compound according to claim 10, wherein" should read --The imide compound according to claim 9, wherein--.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 5,532,372                                    Page 2 of 2
APPLICATION NO. : 08/113320
DATED                   : July 2, 1996
INVENTOR(S)         : Ikutaro Saji et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Col. 63 Line 31-32 in Claim 12, the line reading "The imide compound

according to claim 14, wherein" should read --The imide compound according to claim

11, wherein--.

Col. 63 Line 34-35 in Claim 13, the line reading "The imide compound

according to claim 14 or 15," should read --The imide compound according to claim 11

or 12,--.

Signed and Sealed this

Twenty-fourth Day of November, 2009

*David J. Kappos*

David J. Kappos
*Director of the United States Patent and Trademark Office*